# EXHIBIT

# E-3

**GORDON, FOURNARIS & MAMMARELLA, P.A.**
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE 19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

SPECIAL COUNSEL
GROVER C. BROWN
MICHAEL J. MAIMONE+

February 16, 2005

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED
and REGULAR U.S. MAIL**

Michael D. Sorenson, M.D.
Radiation Oncologists, P.A.
Helen F. Graham Cancer Center
Christiana Campus
4701 Ogletown-Stanton Rd.
Newark, DE 19713

    Re:  Donald C. Tilton, D.O.
         Deferred Compensation From
         <u>Radiation Oncologists, P.A.</u>

Dear Dr. Sorenson:

    As you should be aware, we are counsel for Dr. Tilton with regard to a pending dispute involving Radiation Oncologists, P.A.'s ("ROPA") unilateral termination of the remaining payments due to Dr. Tilton pursuant to a Deferred Compensation Agreement with ROPA. I first wrote to Dr. Dzeda on January 26, 2005 in response to his January 13, 2005 letter indicating ROPA's position to terminate further Deferred Compensation Payments to Dr. Tilton. After receiving no response from Dr. Dzeda within the twenty (20) day time period I requested, I sent Dr. Dzeda a follow up letter dated February 16, 2005 indicating that a lawsuit will be filed within ten (10) days if this matter is not resolved within this time frame. A courtesy copy of both of my letters are enclosed for your reference.

    I am writing directly to you, since it is my understanding that you most likely had personal knowledge and were involved in ROPA's management decision to unilaterally terminate further Deferred Compensation Payments to Dr. Tilton. If this matter is not resolved within the additional ten (10) days I provided to Dr.

Michael D. Sorenson, M.D.
Radiation Oncologists, P.A.
February 16, 2005
Page 2

---

Dzeda in my recent correspondence, I intend to file a lawsuit against ROPA and you individually on behalf of Dr. Tilton. If in fact you did not have prior personal knowledge of ROPA's decision to terminate the remaining Deferred Compensation Payments to Dr. Tilton or if you were not involved in any way with authorizing and permitting ROPA's decision to terminate Dr. Tilton's remaining Deferred Compensation Payments, please provide me with an affidavit to this effect within ten (10) days of the date of this letter. If I receive such affidavit from you, I will consider omitting you as a Defendant to the lawsuit and limiting Dr. Tilton's lawsuit to ROPA and the other members of ROPA who were involved with this matter.

Please promptly respond or have your independent legal counsel promptly respond to this letter within ten (10) days of the date of this letter, otherwise I will continue to presume that you also had personal knowledge of the positions taken in Dr. Dzeda's January 13, 2005 letter and that you remain in agreement with ROPA's unilateral determination to terminate Dr. Tilton's remaining Deferred Compensation Payments.

Please give this matter your immediate attention.

Yours truly,

*[signature]*

Robert A. Penza

RAP/cnc
Enclosures

cc.  Donald C. Tilton, D.O. (w/o encl.)
     Michael Dzeda, M.D. (w/o encl.)
     Peter S. Gordon, Esquire (w/o encl.)

J:\T\Tilton.DC\02-554\Sorenson Ltr-021605.wpd

# SEE ENCLOSURE TO THE FEBRUARY 16, 2005 LETTER ATTACHED HERETO WITH EXHIBIT E-1*

*The same enclosure (Mr. Penza's January 26, 2005 letter with attachment) was sent to each of the Defendant Doctors.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael D. Sorenson, MD
   Radiation Oncologists, PA
   Christiana Campus
   4701 Ogletown-Stanton Rd.
   Newark, DE  19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Chris Prince*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CHRIS PRINCE
C. Date of Delivery: 2/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 2400 5254

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-15



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Sent To: Michael D. Sorenson, MD
Street, Apt. No.; or PO Box No.: 4701 Ogletown-Stanton Rd.
City, State, ZIP+4: Newark, DE  19713

7001 2510 0008 2400 5254

PS Form 3800, January 2001    See Reverse for Instructions