# EXHIBIT

# E-6

## GORDON, FOURNARIS & MAMMARELLA, P.A.
### ATTORNEYS AT LAW
### 1925 LOVERING AVENUE
### WILMINGTON, DELAWARE 19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN♦
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
♦ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

SPECIAL COUNSEL
GROVER C. BROWN
MICHAEL J. MAIMONE*

February 16, 2005

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
**and REGULAR U.S. MAIL**

Michael Dzeda, M.D.
Radiation Oncologists, P.A.
Helen F. Graham Cancer Center
Christiana Campus
4701 Ogletown-Stanton Rd.
Newark, DE 19713

    Re: Donald C. Tilton, D.O.
        Deferred Compensation From
        Radiation Oncologists, P.A.

Dear Dr. Dzeda:

This letter is a follow up to my previous correspondence dated January 26, 2005. For your convenience, a copy of my prior correspondence is enclosed. To date, I have not received a response to my prior correspondence within the twenty (20) day time period I requested. In addition, our client, Dr. Tilton, advises that Radiation Oncologists, P.A. ("ROPA") has continued to fail to provide him with his Deferred Compensation Payments since your January 13, 2005 letter indicating that no further payments will be forthcoming.

Again, it is our position that ROPA and the individual members of ROPA have a contractual and/or statutory obligation to complete the Deferred Compensation Payments to Dr. Tilton and have liability exposure for attorneys fees and other damages for willfully failing to fulfill these obligations to Dr. Tilton. I am not aware of any meritorious legal basis for ROPA's failure to make the remaining payments due to Dr. Tilton.

J:\T\Tilton.DC\02-554\Dzeda Ltr-021605.wpd

Michael Dzeda, M.D.
Radiation Oncologists, P.A.
February 16, 2005
Page 2

---

  Accordingly, if ROPA does not bring the past due Deferred Compensation Payments to Dr. Tilton current within ten (10) days of the date of this letter, we have been authorized and directed to file a lawsuit against ROPA and all of the individual doctors, who upon information and belief, were involved in ROPA's management decision. Thus, to avoid litigation Dr. Tilton requires not only a resumption of his Deferred Compensation Payments along with the back amounts past due, but also written confirmation that ROPA intends to timely comply with the remaining payments due pursuant to the Deferred Compensation Plan.

  Please give this your immediate attention.

          Yours truly,

          Robert A. Penza

RAP/cnc
Enclosure

cc. Donald C. Tilton, D.O. (w/encl.)
   Peter S. Gordon, Esquire (w/encl.)

# SEE ENCLOSURE TO THE FEBRUARY 16, 2005 LETTER ATTACHED HERETO WITH EXHIBIT E-1*

*The same enclosure (Mr. Penza's January 26, 2005 letter with attachment) was sent to each of the Defendant Doctors.

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Dzeda, M.D.
    Radiation Oncologists, PA
    Christiana Campus
    4701 Ogletown-Stanton Rd.
    Newark, DE  19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Christiice_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OTIS PRINCE
C. Date of Delivery: 2/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0003 0551 6700

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-15



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Sent To: Michael Dzeda, M.D.
Street, Apt. No.; or PO Box No.: 4701 Ogletown-Stanton Rd.
City, State, ZIP+4: Newark, DE  19713

7001 0320 0003 0551 6700

PS Form 3800, January 2001    See Reverse for Instructions