AO 441 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____DELAWARE____

DONALD C. TILTON,

          PLAINTIFF,

v.

RADIATION ONCOLOGISTS, P.A.,
VIROON DONAVANIK, M.D.,
MICHAEL F. DZEDA, M.D.,
CHRISTOPHER KOPROWSKI, M.D.,
ADAM RABEN, M.D., SUNJAY SHAH, M.D.,
and MICHAEL D. SORENSEN, M.D.,
          DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Case Number:  0 5 - 2 5 1

To: Viroon Donavanik, M.D.
    7 Shannon Place
    Newark, DE  19711

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this summons, within ~~twenty (20)~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                 4/28/05

CLERK                                                                   DATE

_/s/ Brian T. Three_

(By) DEPUTY CLERK

AO 441 (Del Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE May 12, 2005 (1:36 P.M.) |
| NAME OF SERVER  Jeffrey L. Butler | TITLE  process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  left copies thereof with William H. Sudell, Jr., Esquire of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801 as attorney for defendant Viroon Donavanik, M.D. (service accepted by Ryan Rocharz, office services - for Mr. Sudell)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $15.00 | TOTAL  $15.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 12, 2005
      Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886

*Address of Server*
New Castle, Delaware 19720-0886
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure