AO 441 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

DONALD C. TILTON,

    PLAINTIFF,

v.

RADIATION ONCOLOGISTS, P.A.,
VIROON DONAVANIK, M.D.,
MICHAEL F. DZEDA, M.D.,
CHRISTOPHER KOPROWSKI, M.D.,
ADAM RABEN, M.D., SUNJAY SHAH, M.D.,
and MICHAEL D. SORENSEN, M.D.,

    DEFENDANTS.

SUMMONS IN A CIVIL CASE

Case Number:  05 - 251

To: Radiation Oncologists, P. A.
c/o Shanley & Associates, P.A., Registered Agent
800 Delaware Avenue, 7th Floor
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this summons, within ~~twenty (20)~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you. for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

_Brian T. Moc_
(By) DEPUTY CLERK

DATE  4/28/05

≋AO 441 (Del Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE May 3, 2005 at 1:24 P.M. |
| NAME OF SERVER Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with William H. Sudell, Jr., Esquire (as attorney for defendant), Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801 (service accepted by Luke Nuzzi, office services - a person authorized to accept service of process for William Sudell)

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL n/a | SERVICES | $15.00 | TOTAL | $15.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 3, 2005         _____
              Date                 Signature of Server
                                   Legal Beagles, Inc.
                                   P.O. Box 886
                                   New Castle, Delaware 19720-0886
                                   *Address of Server*
                                   (302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure