AO 441 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

DONALD C. TILTON,

    PLAINTIFF,

v.

RADIATION ONCOLOGISTS, P.A.,
VIROON DONAVANIK, M.D.,
MICHAEL F. DZEDA, M.D.,
CHRISTOPHER KOPROWSKI, M.D.,
ADAM RABEN, M.D., SUNJAY SHAH, M.D.,
and MICHAEL D. SORENSEN, M.D.,

    DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Case Number:  0 5 - 2 5 1

To: Michael D. Sorensen, M.D.
  15 Lynam Lookout Drive
  Newark, DE  19702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you. for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        4/28/05
CLERK                DATE

_[signature]_
(By) DEPUTY CLERK

%AO 441 (Del Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE May 3, 2005 at 1:24 P.M. |
| NAME OF SERVER Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  left copies thereof with William H. Sudell, Jr., Esquire (as attorney for defendant), Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801 (service accepted by Luke Nuzzi, office services - a person authorized to accept service of process for Mr. Sudell)

### STATEMENT OF SERVICE FEES

| TRAVEL | n/a | SERVICES | $15.00 | TOTAL | $15.00 |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 3, 2005
                Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886

*Address of Server*
New Castle, Delaware 19720-0886
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure