IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONALD C. TILTON, D.O.,                    :
                                           :
          Plaintiff,                       :
                                           :
     v.                                    :          Civil Action No. 05-00251 (SLR)
                                           :
RADIATION ONCOLOGISTS, P.A.,               :
VIROON DONAVANIK, M.D.,                     :
MICHAEL F. DZEDA, M.D.,                     :
CHRISTOPHER KOPROWSKI, M.D.,                :
ADAM RABEN, M.D., SUNJAY                    :
SHAH, M.D., AND MICHAEL D.                  :
SORENSEN, M.D.,                            :
                                           :
          Defendants.                      :

## DEFENDANTS' MOTION TO DISMISS

The above-captioned Defendants, by and through the undersigned counsel, move

(the "Motion") the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint for

failure to state a claim upon which relief may be granted.  As more fully set forth in the  Brief in

Support of Defendants' Motion to Dismiss, filed contemporaneously herewith, Counts I, III, IV,

and V of the Complaint are preempted by the Employee Retirement Income Security Act

("ERISA"), 29 U.S.C. § 1001, et seq. and, therefore, must be dismissed.  In addition, Plaintiff

has failed to exhaust his administrative remedies under the Deferred Benefit Plan (as defined in

the Brief in Support of Defendants' Motion to Dismiss), thereby mandating dismissal of Count II

of the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL

_William H. Sudell, Jr. (No. 463)_
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendants Radiation Oncologists,
P.A., Viroon Donavanik, M.D., Michael F. Dzeda,
M.D., Christopher Koprowski, M.D., Adam Raben,
M.D., Sunjay Shah, M.D., and Michael D.
Sorensen, M.D.

June 3, 2005
Wilmington, Delaware

466106