IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| VIROON DONAVANIK, M.D., | : |
| MICHAEL F. DZEDA, M.D., | : |
| CHRISTOPHER KOPROWSKI, M.D., | : |
| ADAM RABEN, M.D., SUNJAY | : |
| SHAH, M.D., AND MICHAEL D. | : |
| SORENSEN, M.D., | : |
| | : |
| Defendants. | : |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

WHEREAS, the above captioned Defendants filed a Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, after review of the Motion to Dismiss and all related pleadings, the Court concludes that the arguments in support of the Motion to Dismiss justify the relief requested therein;

NOW THEREFORE, IT IS HEREBY ORDERED, this ____ day of June, 2005, that the Defendants' Motion to Dismiss is GRANTED.

_____        _____
DATE                                                                   UNITED STATES DISTRICT JUDGE