## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the Defendants' Motion To Dismiss were caused to be served on June 3, 2005, on the party listed below in the manner indicated.

Date: June 3, 2005
      Wilmington, Delaware

Curtis S. Miller (#4583)

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

468212