IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-00251 (SLR) |
| | : | |
| RADIATION ONCOLOGISTS, P.A., | : | |
| VIROON DONAVANIK, M.D., | : | |
| MICHAEL F. DZEDA, M.D., | : | |
| CHRISTOPHER KOPROWSKI, M.D., | : | |
| ADAM RABEN, M.D., SUNJAY | : | |
| SHAH, M.D., AND MICHAEL D. | : | |
| SORENSEN, M.D., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' APPENDIX OF EXHIBITS
TO BRIEF IN SUPPORT OF MOTION TO DISMISS**

    MORRIS, NICHOLS, ARSHT & TUNNELL
    William H. Sudell, Jr. (No. 463)
    Curtis S. Miller (No. 4583)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200

    Counsel for Defendants Radiation Oncologists, P.A.,
    Viroon Donavanik, M.D., Michael F. Dzeda, M.D.,
June 3, 2005    Christopher Koprowski, M.D., Adam Raben, M.D.,
Wilmington, Delaware    Sunjay Shah, M.D., and Michael D. Sorensen, M.D.

## TABLE OF CONTENTS

| Exhibit Number | Description |
| --- | --- |
| Exhibit A | The SREA |
| Exhibit B | The Amended SREA |
| Exhibit C | The DCA |
| Exhibit D | The Notice |
| Exhibit E | Young v. Reconstructive Orthopedic Assocs., II, P.C., No. Civ. A. 03-2034, 2005 WL 627796 (E.D. Pa. March 16, 2005) |
| Exhibit F | Ercole v. Conective and Coventry Health Care of Delaware, Inc., No. Civ. A. 03-186, 2003 WL 21104926 (D. Del. May 15, 2003) |
| Exhibit G | Erwin v. U-Haul Int'l, Inc., No. Civ. A. 3:01-CV-2218-M, 2002 WL 265075 (N.D. Tex. Feb. 22, 2002) |
| Exhibit H | Alberts v. Indep. Blue Cross and Pennsylvania Blue Shield, No. Civ. A. 96-CV-3926, 1996 WL 677512 (E.D. Pa. Nov. 22, 1996) |

466729