# EXHIBIT B

AMENDMENT TO
RADIATION ONCOLOGISTS, P.A.
SENIOR RADIOLOGIST'S EMPLOYMENT AGREEMENT

THIS AMENDMENT to the Senior Radiologist's Employment Agreement entered into by and between DONALD C. TILTON, D.O. (hereinafter referred to as "Employee") and RADIATION ONCOLOGISTS, P.A., a Delaware professional corporation (hereinafter referred to as "Employer") is made this 8th day of February, 2001.

WITNESSETH:

WHEREAS, Employer and Employee desire to amend in certain respects the Senior Radiologist's Employment Agreement ("Agreement") entered into by the parties hereto.

NOW, THEREFORE, in consideration of the mutual exchange of promises contained herein, and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree as follows:

1. Paragraphs 5(c) and (d) of the Agreement shall be deleted in their entirety and replaced with the following new Paragraphs 5(c), (d), and (e):

"(c) provided, however, that in the event the Employee's employment shall terminate due to (i) death, (ii) total and permanent disability, or (iii) complete retirement from the practice of medicine after attaining age fifty-five (55) and completion of at least ten (10) years of service with the Employer, he shall be entitled to "Deferred Compensation" calculated as follows:

(i) In the event Employee dies, is totally and permanently disabled, and/or delivers written notice of his complete retirement from medicine on or before December 31, 2002, he shall be entitled to Deferred Compensation in the amount of $1,200,000, payable as provided in Subparagraphs (d) and (e) below.

(ii) In the event Employee dies, is totally and permanently disabled, and/or delivers written notice of his complete retirement from medicine after December 31, 2002, his Deferred Compensation shall be calculated as follows:



EXHIBIT "B"

(A) <u>Age 55 to 65</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be between fifty-five (55) to sixty-five (65), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by two (2).

(B) <u>Age 66</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be sixty-six (66), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by one and one-half (1 ½).

(C) <u>Age 67</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be sixty-seven (67), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by one and one-quarter (1 ¼).

(D) <u>Age 68</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be sixty-eight (68), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by one (1).

(E) <u>Age 69</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be sixty-nine (69), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by one-half (1/2).

(F) <u>Age 70</u>. If Employee's age as of the date of death, disability or giving written notice of his complete retirement from the practice of medicine shall be seventy (70), then his Deferred Compensation shall be equal to the annual average of the three (3) previous years' "Total Compensation Package" for Senior Radiologists multiplied by one-quarter (1/4).

(G) <u>Age 71 or Older</u>. If Employee's age as of the date of death, disability or giving written notice of his complete

retirement from the practice of medicine shall be seventy-one (71) or older, then no Deferred Compensation shall payable.

(d) Deferred Compensation hereunder shall be payable in equal monthly installments, without interest, for forty-eight (48) months following the Employee's death, disability or permanent retirement from the practice of medicine. Such monthly installments shall commence not later than the first day of the first calendar month following the calendar month in which the Employee's employment so terminates.

(e) Any payments of Deferred Compensation determined under Subparagraph (c) above shall be limited in the following respects:

(i) If the Employee should engage in the practice of radiation oncology (including any related disciplines thereof) within New Castle County, Delaware and/or Cecil County, Maryland, his right to any further payments of Deferred Compensation shall cease upon the date such competitive practice begins and shall not thereafter be due and payable in any event.

(ii) Notwithstanding anything in this Agreement to the contrary, the amount of Deferred Compensation payable pursuant to Subparagraph (c) above shall not, for any one Senior Radiologist, exceed $1,200,000. On or after January 1, 2004, such $1,200,000 limitation shall be increased for changes in the cost of living (CPI-U as published by the U.S. Department of Labor for the Philadelphia region), calculated on a "base year" ending December 31, 2003.

(iii) The total of such Deferred Compensation payable, in the aggregate, to or on behalf of Senior Radiologists shall not in any fiscal year exceed twenty-five percent (25%) of the Employer's gross receipts for such fiscal year. Any amounts paid or payable in excess of such limitation shall be deferred (on a pro-rata basis) until the following fiscal year (or years), but shall also accrue interest at the prime interest rate until the eventual payment of such amounts.

(iv) If the Employee had received salary continuation due to illness or injury as set forth in the Agreement within twelve (12) months of his death, total disability, or other termination of his employment, the total amount of his Deferred Compensation shall be reduced by the total of any such salary continuation pay he had received.

(v) Any Employee desiring to permanently retire under these provisions shall give the Employer at least twelve (12) months' advance written notice of his intention to so retire. If the Employee should voluntarily terminate (except in the event of death or total disability) his employment hereunder without giving at least twelve (12) months' advance written notice of his intention to do so, he shall not be entitled to any Deferred Compensation.

(vi) The Employee's Deferred Compensation shall be reduced by the amount, if any, of expenses and benefits paid by the Employer for the benefit of the Employee which relate to a period after the date of the termination of Employee's employment. Such expenses and benefits may include, but not be limited to, dues, subscriptions, and health insurance premiums, if applicable."

2. All other terms and conditions of the aforementioned Agreement, together with any amendments thereto, shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals on the day and year first above written.

EMPLOYEE:

_____ (SEAL)
DONALD C. TILTON, D.O.

EMPLOYER:
RADIATION ONCOLOIGSTS, P.A.,
a Delaware professional association

By: _____
President

Attest: _____
Secretary

[Corporate Seal]

_____
Witness

-4-