# EXHIBIT D



**Radiation Oncologists, PA**
Post Office Box 4460
Wilmington, DE 19807

| HELEN F. GRAHAM CANCER CENTER<br>CHRISTIANA CAMPUS<br>4701 OGLETOWN-STANTON RD<br>NEWARK, DE 19713<br>(302) 623-4800<br>(302) 623-4850 FAX | CHRISTIANA HOSPITAL<br>4755 OGLETOWN-STANTON RD<br>PO BOX 6001<br>NEWARK, DE 19718-6001<br>(302) 733-1830 | NORTH WILMINGTON<br>SILVERSIDE-CARR CORP. CTR.<br>405 SILVERSIDE ROAD<br>WILMINGTON, DE 19809<br>(302) 793-4150<br>(302) 793-3735 FAX | UNION HOSPITAL<br>CANCER CENTER<br>111 WEST HIGH STREET<br>ELKTON, MD 21921<br>(410) 398-4921<br>(410) 398-4835 FAX |

January 13, 2005

BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED
BY REGULAR MAIL

Donald C. Tilton, D.O.
4008 Lakeview Drive
Wilmington, DE 19807

      Re:    Deferred Compensation from
                  Radiation Oncologists, P.A.

Dear Dr. Tilton:

      This is to inform you that, effective immediately, Radiation Oncologists, P.A. (hereinafter "ROPA") is terminating all further payments to you pursuant to (i) Paragraphs 5(c), (d) and (e) of your Senior Radiologist's Employment Agreement with ROPA dated July 7, 2000 and amended as of February 8, 2001; and (ii) your Deferred Compensation Agreement dated December 27, 2002 with ROPA (hereinafter Paragraphs 5(c), (d) and (e) of your Senior Radiologist's Employment Agreement as amended and the Deferred Compensation Agreement shall be collectively referred to as the "Deferred Compensation Plan"). Furthermore, ROPA demands that you return immediately all amounts previously paid to you by ROPA pursuant to the Deferred Compensation Plan.

      The Deferred Compensation Plan constitutes an employee pension benefit plan subject to the enforcement provisions of the Employee Retirement Income Security Act of 1974. ROPA has determined, on the advice of counsel, that your participation in the amendment of the terms of the Deferred Compensation Plan to substantially increase benefits owed to you pursuant to the Deferred Compensation Plan in February 2001 constitutes a breach of your fiduciary duty to the Deferred Compensation Plan. Therefore, in accordance with applicable authority, ROPA has determined that your benefits under the Deferred Compensation Plan should be forfeited.

      Please return all amounts previously paid to you pursuant to the Deferred Compensation Plan to avoid further action by ROPA to recover these amounts.

| Michael F. Dzeda, MD   President | Sunjay A. Shah, MD   Secretary | Viroon Donavanik, MD   Treasurer |
|---|---|---|
| Christopher D. Koprowski, MD | Michael D. Sorensen, MD | Adam Raben, MD |

Donald C. Tilton, D.O.
January 13, 2005
Page 2

        Please be advised that you have the right to request further consideration of this determination by filing a request for a hearing. Such request, together with a written statement of the reasons why you believe this determination is incorrect must be filed with ROPA no later than sixty (60) days from your receipt of this letter. ROPA shall then conduct a hearing within the next sixty (60) days at which you may be represented by an attorney or other representative and shall have the opportunity to submit written and oral evidence and arguments in support of your position. At the hearing (or prior thereto upon five (5) business days written notice to the ROPA), you shall have an opportunity to review all documents in ROPA's possession which are pertinent to your claim for benefits under the Deferred Compensation Plan. A final decision as to your claim for benefits under the Deferred Compensation Plan shall be made by ROPA within sixty (60) days of the receipt of your appeal. Such final decision shall be a written decision and shall include the specific reasons for the decision.

                            RADIATION ONCOLOGISTS, P.A.

                            By: _____
                               Name: Michael Dzeda, M.D.
                               Title: President

cc:     Thomas R. Pulsifer, Esquire

| Michael F. Dzeda, MD   President | Sunjay A. Shah, MD   Secretary | Viroon Donavanik, MD   Treasurer |
|---|---|---|
| Christopher D. Koprowski, MD | Michael D. Sorensen, MD | Adam Raben, MD |