IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 05-251 (SCR) |
| | : |
| **RADIATION ONCOLOGISTS, P.A.,** | : |
| **VIROON DONAVANIK, M.D.,** | : |
| **MICHAEL F. DZEDA, M.D.,** | : |
| **CHRISTOPHER KOPROWSKI, M.D.** | : |
| **ADAM RABEN, M.D., SUNJAY** | : |
| **SHAH, M.D., and MICHAEL D.** | : |
| **SORENSEN, M.D.** | : |
| | : |
| Defendants. | : |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED between Plaintiff Donald C. Tilton ("Tilton") and Defendants Radiation Oncologists, P.A., Viroon Donavanik, M.D., Michael F. Dzeda, M.D., Christopher Koprowski, M.D., Adam Raben, M.D., Sunjay Shah, M.D., and Michael D. Sorensen, M.D. ("Defendants"), that the time for Tilton to file his Answering Brief in Opposition to Defendants' Motion to Dismiss for Failure to State a Claim is extended until Friday, July 15, 2005 and that Defendants' time to file their Reply Brief is extended until Friday, August 5, 2005.

| **MORRIS NICHOLS ARSHT & TUNNELL** | **GORDON, FOURNARIS & MAMMARELLA, P. A.** |
|---|---|
| **/s/ William H. Sudell, Jr.** | **/s/ Peter M. Sweeney** |
| William H. Sudell, Jr., Esq. (DSB #463) | Robert A. Penza, Esquire (DSB #2769) |
| 1201 North Market Street | Peter M. Sweeney, Esquire (DSB #3671) |
| P. O. Box 1347 | 1925 Lovering Avenue |
| Wilmington, DE 19899-1347 | Wilmington, DE 19806 |
| wsudell@mnat.com | (302) 652-2900 |
| (302) 575-7284 | psweeney@gfmlaw.com |
| Attorney for Defendants | Attorneys for Plaintiff, Donald C. Tilton |

Dated: June 16, 2005

   IT IS SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson