IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | C.A. No.: 05-251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| **VIROON DONAVANIK, M.D.,** : | |
| **MICHAEL F. DZEDA, M.D.,** : | |
| **CHRISTOPHER KOPROWSKI, M.D.** : | |
| **ADAM RABEN, M.D., SUNJAY** : | |
| **SHAH, M.D., and MICHAEL D.** : | |
| **SORENSEN, M.D.** : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS**

NOW COMES, Plaintiff Donald C. Tilton, D.O. and hereby moves this Honorable Court to DENY Defendant's Motion to Dismiss for the reasons set forth in Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss.

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**

Dated: July 15, 2005

Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE   19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Plaintiff, Donald C. Tilton

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
|     v. | :   C.A. No.: 05-251 (SLR) |
| | : |
| **RADIATION ONCOLOGISTS, P.A.,** | : |
| **VIROON DONAVANIK, M.D.,** | : |
| **MICHAEL F. DZEDA, M.D.,** | : |
| **CHRISTOPHER KOPROWSKI, M.D.** | : |
| **ADAM RABEN, M.D., SUNJAY** | : |
| **SHAH, M.D., and MICHAEL D.** | : |
| **SORENSEN, M.D.** | : |
| | : |
|     **Defendants.** | : |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

WHEREAS, the above captioned Defendants filed a Motion for Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, after review of the Motion to Dismiss and all responses thereto and any oral argument related thereto, the Defendants have not met their burden to justify dismissal of the Complaint.

NOW THEREFORE, IT IS SO ORDERED, this ___ day of _____, 200__, that the Defendant's Motion to Dismiss is hereby <u>DENIED</u>.

 

                                                              _____
                                                               United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD C. TILTON, D.O.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 05-251 (SLR) |
| | : | |
| **RADIATION ONCOLOGISTS, P.A.,** | : | |
| **VIROON DONAVANIK, M.D.,** | : | |
| **MICHAEL F. DZEDA, M.D.,** | : | |
| **CHRISTOPHER KOPROWSKI, M.D.** | : | |
| **ADAM RABEN, M.D., SUNJAY** | : | |
| **SHAH, M.D., and MICHAEL D.** | : | |
| **SORENSEN, M.D.** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION OF SERVICE

I, Peter M. Sweeney, Esquire, do hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion to Dismiss to be served upon counsel by First Class Mail, postage prepaid, on the date set forth below, addressed as follows:

>William H. Sudell, Jr., Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE  19801

>**GORDON, FOURNARIS & MAMMARELLA, P.A.**
>
>**/s/ Peter M. Sweeney**

Dated: July 15, 2005

>Robert A. Penza, Esquire (DSB #2769)
>Peter M. Sweeney, Esquire (DSB #3671)
>1925 Lovering Avenue
>Wilmington, DE  19806
>(302) 652-2900
>psweeney@gfmlaw.com
>Attorneys for Plaintiff, Donald C. Tilton