**GORDON, FOURNARIS & MAMMARELLA, P.A.**
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE 19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
GROVER C. BROWN
MICHAEL J. MAIMONE+

July 15, 2005

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE  19801

    **Re:  Tilton v. Radiation Oncologists, et al.**
          **Civil Action No.: 05-251 (SLR)**

Dear Judge Robinson:

    Kindly find enclosed a courtesy copy of the Plaintiff's Response to Defendant's Motion to Dismiss and Defendant's Answering Brief in Opposition to Defendant's Motion to Dismiss.

    I am available at the convenience of the Court if any additional information is required.

                                            Respectfully,

                                            /s/ Peter M. Sweeney, Esquire

                                            Peter M. Sweeney, Esquire
                                            psweeney@gfmlaw.com
                                            (DSB #2769)

PMS/cnc
Enclosures

cc.  William H. Sudell, Jr., Esquire (w/encl.)
     Donald C. Tilson, D.O. (w/encl.)
     Robert A. Penza, Esquire (w/o encl.)

J:\T\Tilton.DC\02-554\J Robinson Ltr 05-0715.wpd