IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., <br><br> Plaintiff, <br><br> v. <br><br> RADIATION ONCOLOGISTS, P.A., VIROON DONAVANIK, M.D., MICHAEL F. DZEDA, M.D., CHRISTOPHER KOPROWSKI, M.D., ADAM RABEN, M.D., SUNJAY SHAH, M.D., AND MICHAEL D. SORENSEN, M.D., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-00251 (SLR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DEFENDANTS' APPLICATION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4., Defendants hereby request oral argument on Defendants' Motion to Dismiss (D.I. 10).

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ William H. Sudell, Jr.*
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendants Radiation Oncologists, P.A., Viroon Donavanik, M.D., Michael F. Dzeda, M.D., Christopher Koprowski, M.D., Adam Raben, M.D., Sunjay Shah, M.D., and Michael D. Sorensen, M.D.

August 5, 2005

476979