IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-0251-SLR |
| ) | |
| RADIATION ONCOLOGISTS, P.A., ) | |
| VIROON DONAVANIK, M.D., ) | |
| MICHAEL F. DZEDA, M.D., ) | |
| CHRISTOPHER KOPROWSKI, M.D. ) | |
| ADAM RABEN, M.D., SUNJAY ) | |
| SHAH, M.D., and MICHAEL D. ) | |
| SORENSEN, M.D. ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 18th day of January, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 10) is granted in part and denied in part.

1. Defendants' motion for summary judgment on dismissal of the State law claims of breach of contract, anticipatory repudiation, violation of the Delaware Wage and Payment Collection Act and civil conspiracy is granted.

2. Defendants' motion for summary judgment on the dismissal of the ERISA claim is denied.

_____
United States District Judge