IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2006, copies of the **Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)** were served in the manner indicated upon the following individuals:

### BY E-MAIL

Robert A. Penza, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE  19806
rpenza@gfmlaw.com

Dated: February 3, 2006                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        ___/s/ William H. Sudell, Jr._____
                        William H. Sudell, Jr. (No. 463)
                        Curtis S. Miller (No. 4583)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        (302) 658-9200

                        Counsel for Defendant Radiation Oncologists, P.A.

505089