IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD C. TILTON, D.O.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 05-00251 (SLR) |
| | : | |
| **RADIATION ONCOLOGISTS, P.A.,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Peter M. Sweeney, Esquire, do hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P.26(a)(1) to be served upon counsel by first class mail, postage prepaid, on the date set forth below, addressed as follows:

> William H. Sudell, Jr., Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE   19801

> **GORDON, FOURNARIS & MAMMARELLA, P.A.**
>
> **/s/ Peter M. Sweeney**

Dated: February 6, 2006

Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE   19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Plaintiff, Donald C. Tilton