## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the Answer And Counterclaim were caused to be served on February 6, 2006, on the party listed below in the manner indicated.

Date: February 6, 2006
      Wilmington, Delaware

Curtis S. Miller (#4583)

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

468212