IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 6, 2006, copies of the **Defendant's First Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)** were served in the manner indicated upon the following individuals:

### BY E-MAIL & HAND DELIVERY

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806
rpenza@gfmlaw.com
psweeney@gfmlaw.com

Dated: February 6, 2006               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                               /s/ Curtis S. Miller
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant Radiation Oncologists, P.A.

505089