GORDON, FOURNARIS & MAMMARELLA, P.A.
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE  19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
GROVER C. BROWN
MICHAEL J. MAIMONE+

February 7, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE  19801

      **Re:   Tilton v. Radiation Oncologists, et al.**
            **Civil Action No.:   05-00251 (SLR)**

Dear Judge Robinson:

     Pursuant to your Order for Scheduling Conference (the "Order"), dated January 23, 2006 in the above referenced matter, a telephonic scheduling conference has been scheduled for Thursday, February 9, 2006 at 8:30 a.m.  I will initiate the call at that time.

     Further, pursuant to paragraph 3 of the Order, counsel for the parties were to confer pursuant to Fed. R. Civ. P. 26(f) and submit a discovery plan to Your Honor.  Enclosed please find the proposed draft Scheduling Order conferred upon and agreed to by counsel for all parties, for the Court's consideration.

The Honorable Sue L. Robinson
February 7, 2006
Page 2

     Counsel are available at the convenience of the Court to discuss the draft Scheduling Order and any other issues pertaining to the above referenced matter.

                                     Respectfully,

                                     **/s/ Robert A. Penza**

                                     Robert A. Penza (DSB #2769)
                                     rpenza@gfmlaw.com

RAP/pas
Enclosure

cc.   Clerk of the Court (w/encl.)
     Donald C. Tilton, D.O. (w/encl.)
     William H. Sudell, Jr., Esquire (w/encl.)
     Curtis S. Miller, Esquire (w/encl.)
     Peter S. Gordon, Esquire (w/o encl.)