**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

**DONALD C. TILTON, D.O.,** :
**Plaintiff,** :
**v.** : **C.A. No.: 05-00251 (SLR)**
**RADIATION ONCOLOGISTS, P.A.,** :
**Defendants.** :

**ORDER**

At Wilmington this 9th day of February, 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the Court having conducted a Pretrial Scheduling Conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects:

- Formulation and drafting of the deferred compensation plan documents;
- Defendant's decision to terminate Plaintiff's deferred compensation payments;
- Defendant's deferred compensation plans with other former employees and how they were treated; and

- Defendant's annual gross receipts and ability to pay Plaintiff's deferred compensation benefits.

(b) All discovery shall be commenced in time to be completed by **July 31, 2006.**

(c) Maximum of **75** interrogatories by each party to any other party.

(d) Maximum of **40** requests for admission by each party to any other party.

(e) Maximum of **10** depositions by plaintiff and **10** by defendant.

(f) Each deposition [other than of Viroon Donavanik, M.D., Michael F. Dzeda, M.D., Peter R. Hulick, M.D. and Donald C. Tilton, D.O.] will be limited to a maximum of **3** hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **August 31, 2006**. Rebuttal expert reports due by **September 30, 2006**. Any expert witness depositions shall be completed by **October 31, 2006.**

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The Court shall make itself available, however, to resolve through a telephone conference, disputes that arise during

the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **March 31, 2006.**

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

~~5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **September 30, 2006.** Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the Court.~~

6. **Applications by Motion.** Any application to the Court shall be by written motion filed with the clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before November 21, 2006 [~~two weeks before pretrial conference~~]. All responses to said motions shall be filed on or before November 28, 2006. (~~one week before pretrial conference~~).

8. **Pretrial Conference.** A pretrial conference will be held on December 5, 2006 at 4:30 p..m. in Courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** This matter is scheduled for a 3- [day/week] bench/~~jury~~ trial commencing on December 18, 2006 in Courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

Sue L. Robinson
United States District Court