IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.   : | C.A. No.: 05-00251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF SERVICE

I, Robert A. Penza, Esquire, hereby certify that on this 20th day of February 2006, I caused two (2) true and correct copies of the attached Plaintiff Donald C. Tilton's Amended First Set of Interrogatories Directed to Defendant Radiation Oncologists, P. A. to be served via electronic filing and first class mail, postage prepaid upon the following individual(s):

> William H. Sudell, Jr., Esquire
> Curtis S. Miller, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE  19801

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Robert A. Penza**

Dated: February 20, 2006

Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE  19806
(302) 652-2900
rpenza@gfmlaw.com
Attorneys for Plaintiff, Donald C. Tilton