IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.,** : | |
| : | |
| Plaintiff and : | |
| Counterclaim Defendant, : | |
| v.  : | C.A. No.: 05-00251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| : | |
| Defendant and : | |
| Counterclaim Plaintiff. : | |

### ANSWER TO COUNTERCLAIM

1. Admitted that Defendant and Plaintiff entered the SREA. The SREA being a document speaks for itself.

2. Admitted.

3. Denied.

4. Admitted that Plaintiff received a letter terminating his deferred compensation payments. The letter being a document speaks for itself. Admitted the Plaintiff has not returned to the Defendant any of the amounts he has received. The remainder of the allegation is denied.

5. Denied.

6. Denied.

7. Denied.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor:

a) dismissing the Counterclaim with prejudice; and

b) granting such other and further relief as the Court deems just and proper.

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**

Date: <u>February 22, 2006</u>

_____
Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE   19806
(302) 652-2900
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Peter M. Sweeney, hereby certify that on this 22nd day of February 2006, two (2) true and correct copies of the attached Answer to Counterclaim were served upon the following individual(s) via electronic filing and regular U.S. Mail:

>William H. Sudell, Jr., Esquire
>Curtis S. Miller, Esquire
>Morris, Nichols, Arsht & Tunnell, LLP
>1201 N. Market Street
>Wilmington, DE   19801

**/s/ Peter M. Sweeney**
_____
Peter M. Sweeney, Esquire (DSB #3671)
psweeney@gfmlaw.com