IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 3, 2006, copies of the (i) Radiation Oncologists, P.A.'s First Request For Production Of Documents Directed To Plaintiff Donald C. Tilton, D.O.; (ii) Radiation Oncologists, P.A.'s First Request For Admissions Directed To Plaintiff Donald C. Tilton, D.O.; and (iii) Radiation Oncologists, P.A.'s First Set Of Interrogatories To Plaintiff Donald C. Tilton, D.O. were served in the manner indicated upon the following individuals:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

- 2 -

| | |
|---|---|
| Dated: March 3, 2006 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| |     /s/ Curtis S. Miller                                         |
| | William H. Sudell, Jr. (No. 463) |
| | Curtis S. Miller (No. 4583) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| | |
| | Counsel for Defendant Radiation Oncologists, P.A. |
| 505089 | |