# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Curtis S. Miller
302 351 9412
302 425 3080 Fax
cmiller@mnat.com

March 14, 2006

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

      Re:    Donald C. Tilton, D.O. v. Radiation Oncologists, P.A., 05-251 (SLR)

Dear Chief Judge Robinson:

      We are counsel to Radiation Oncologists, P.A. ("ROPA"), and are writing the Court to apprise it of the parties' attempts to consensually resolve the matters raised in ROPA's Motion to Quash Subpoena Duces Tecum (the "Motion"), filed contemporaneously with this letter. As set forth in the 7.1.1 statement filed with the Motion, although the parties have thus far been unable to resolve their disputes surrounding the production of documents sought in the subpoena duces tecum Plaintiff issued to William Martin, Esq., former counsel for ROPA, the parties are continuing their efforts to reach such agreement.

      Notwithstanding these efforts, ROPA filed the Motion in order to preserve its rights and to prevent any inadvertent waiver of its attorney-client and work-product privileges. The parties will immediately notify the Court if they are able to resolve the disputes set forth in the Motion.

The Honorable Sue L. Robinson
March 14, 2006
Page 2

       Should the Court have any questions regarding this letter, I am available at the Court's convenience.

                            Respectfully,

                            Curtis S. Miller

cc:    Robert Penza, Esq.
        Peter Shanley, Esq.
        William Martin, Esq.

511073