## CERTIFICATE OF SERVICE

      I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the Motion To Quash Subpoena Duces Tecum were caused to be served on March 14, 2006, on the parties listed below in the manner indicated.

Date: March 14, 2006
      Wilmington, Delaware

                                      Curtis S. Miller (#4583)

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

William J. Martin, Esq.
Martin Conaty & Lunger, P.A.
1020 North Bancroft Pkwy
Wilmington, DE 19805

Peter J. Shanley
Shanley & Associates, P.A.
800 Delaware Avenue, Suite 700
P.O. Box 2283
Wilmington, DE 19899-2283

468212