IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.:05-00251 |
| | : (SLR) |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

NOTICE OF SERVICE

I, Peter M. Sweeney, Esquire, hereby certify that on this 17th day of April 2006, I caused two (2) true and correct copies of the attached Plaintiff Donald C. Tilton, D.O.'s Responses to Defendant's First Request for Admissions to be served via electronic filing and hand delivery upon the following individual(s):

VIA HAND DEIVERY
William H. Sudell, Jr., Esquire
Curtis S. Miller, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE   19801

GORDON, FOURNARIS & MAMMARELLA, P. A.

/s/ Peter M. Sweeney
_____
Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE   19801
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Plaintiff
Donald C. Tilton, D.O.