IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No.:05-00251 |
| | : (SLR) |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
|     Defendant. | : |

<u>NOTICE OF SERVICE</u>

I, Peter M. Sweeney, Esquire, hereby certify that on this 17th day of April 2006, I caused two (2) true and correct copies of the attached Plaintiff Donald C. Tilton D.O.'s Responses to Defendant's Request for Production of Documents to be served via electronic filing and hand delivery upon the following individual(s):

        VIA HAND DELIVERY
        William H. Sudell, Jr., Esquire
        Curtis S. Miller, Esquire
        Morris Nichols Arsht & Tunnell
        1201 North Market Street
        Wilmington, DE   19801

            GORDON, FOURNARIS & MAMMARELLA, P. A.

            /s/ Peter M. Sweeney
            _____
            Robert A. Penza, Esquire (DSB #2769)
            Peter M. Sweeney, Esquire (DSB #3671)
            1925 Lovering Avenue
            Wilmington, DE   19801
            (302) 652-2900
            psweeney@gfmlaw.com
            Attorneys for Plaintiff
            Donald C. Tilton, D.O.