IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-00251 (SLR) |
| | : | |
| RADIATION ONCOLOGISTS, P.A., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 19, 2006, copies of the (i) Responses To Plaintiff's Amended First Set Of Requests For Production Of Documents And Tangible Things Directed To Radiation Oncologists, P.A..; (ii) Responses To Plaintiff Donald C. Tilton's Requests For Admissions Directed To Defendant Radiation Oncologists, P.A.; and (iii) Responses To Plaintiff Donald C. Tilton's Amended First Set Of Interrogatories Directed To Defendant Radiation Oncologists, P.A. were served in the manner indicated upon the following individuals:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE  19806

- 2 -

| | |
|---|---|
| Dated: April 19, 2006 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | /s/ Curtis S. Miller |
| | William H. Sudell, Jr. (No. 463) |
| | Curtis S. Miller (No. 4583) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| | |
| | Counsel for Defendant Radiation Oncologists, P.A. |

505089