**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DONALD C. TILTON, D.O.,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 05-00251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

I, Peter M. Sweeney, Esquire, hereby certify that on this 27th day of April 2006, I caused two (2) true and correct copies of the attached Plaintiff Donald C. Tilton D.O's Second Requests for Admissions Directed to Defendant Radiation Oncologists, P. A. to be served hand delivery upon the following individual(s):

**VIA HAND DELIVERY**

William H. Sudell, Jr., Esquire
Curtis S. Miller, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**
Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE  19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Plaintiff,
Donald C. Tilton, D.O.