## CERTIFICATE OF SERVICE

I, Peter M. Sweeney, hereby certify that on this 1st day of May 2006, two true and correct copies of the attached Proof of Service of Subpoena *Duces Tecum* to Daniel P. McCollom, Esquire, were served on the following individual(s) via hand delivery:

**VIA HAND DELIVERY**
William H. Sudell, Jr., Esquire
Curtis S. Miller, Esquire
1201 N. Market Street
Wilmington, DE  19801

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**
Peter M. Sweeney, Esquire (DSB #3671)
Robert A. Penza, Esquire (DSB #2769)
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900
Attorneys for Plaintiff
Donald C. Tilton, D.O.