IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

TO:   Robert A. Penza, Esquire
        Peter M. Sweeney, Esquire
        Gordon, Fournaris & Mammarella P.A.
        1925 Lovering Avenue
        Wilmington, DE 19806

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Plaintiff, Donald C. Tilton, D.O., on Wednesday, June 7, 2006 beginning at 10:00 a.m. in the offices of Morris, Nichols, Arsht & Tunnell LLP, 18th Floor, 1201 N. Market Street, Wilmington, Delaware 19801.

Dated: May 5, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   /s/ *William H. Sudell, Jr.*
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant, Radiation Oncologists, P.A.

519137