## CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., Esquire, hereby certify that on the 5th day of May, 2006, I caused a true and correct copy of the **Notice Of Deposition** to be served upon the following individuals, in the manner indicated:

### BY FIRST CLASS MAIL

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella P.A.
1925 Lovering Avenue
Wilmington, DE  19806


Date:  May 5, 2006                              */s/ William H. Sudell, Jr.*
         Wilmington, Delaware              William H. Sudell, Jr. (#0463)

519149