IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 24, 2006, copies of the Responses To Plaintiff Donald C. Tilton's Second Requests For Admissions Directed To Defendant Radiation Oncologists, P.A. were served in the manner indicated upon the following individuals:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

Dated: May 24, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Curtis S. Miller
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant Radiation Oncologists, P.A.

505089