IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| | : |
| RADIATION ONCOLOGISTS, P.A., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 26, 2006, copies of Radiation Oncologists, P.A.'s ("ROPA") (i) First Supplement to its Production of Documents and (ii) ROPA's First Supplemental Privilege Log in connection with its Responses To Plaintiff's Amended First Set Of Requests For Production Of Documents And Tangible Things Directed To Radiation Oncologists, P.A., were served in the manner indicated upon the individuals identified below:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

Dated: May 26, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant Radiation Oncologists, P.A.

505089v5