IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-00251 (SLR) |
| | ) | |
| RADIATION ONCOLOGISTS, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER APPROVING CONFIDENTIALITY STIPULATION

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (the "Federal Rules") and Rule 26.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules"), defendant Radiation Oncologists, P.A. ("ROPA") hereby moves for the entry of a protective order approving the Confidentiality Stipulation and Order attached hereto as Exhibit A (the "Stipulation")[1] which governs the Parties' disclosure and exchange of information specifically designated as "Confidential" under the Stipulation.

## BASIS FOR RELIEF REQUESTED

The Court should enter an order approving the Stipulation. Rule 26(c) of the Federal Rules provides that:

> Upon motion by a party or by the person from whom discovery is sought . . . for good cause shown, the court in which the action is

---

[1] The recitation of the terms of the Stipulation set forth herein are qualified in their entirety by the terms of the Stipulation, attached hereto as Exhibit A, and incorporated herein by reference.

> pending . . . may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following: . . . (2) that the disclosure or discovery may be had only on specified terms and conditions . . . . [or] (7) that a trade secret or other confidential research development, or commercial information not be revealed or be revealed only in a designated way . . . .

Fed. R. Civ. P. 26(c).

As set forth in the Stipulation, ROPA and the Plaintiff have good cause for seeking an order from this Court protecting the Parties' confidential and/or proprietary information.

Counsel for the parties have negotiated the terms of the Stipulation in good faith and believe that it provides necessary protection of their confidential information. If an order approving the Stipulation is not entered, the disclosure of such confidential information could result in irreparable harm to the interests of either Party. For these reasons, ROPA respectfully requests that the Court enter an order approving the Stipulation.

## WAIVER OF RIGHT TO FILE BRIEF IN SUPPORT

In light of the nature of the relief requested, and because this Motion raises no novel issues of law, ROPA hereby waives its right to file a brief in support of this Motion as provided by D. Del. L.R. 7.1.2, except that ROPA reserves all rights to file a reply brief in response to any opposition to this Motion.

WHEREFORE, ROPA respectfully requests the Court enter an order approving the Stipulation.

Dated: June 6, 2006  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____  
William H. Sudell, Jr. (#463)  
Curtis S. Miller (#4583)  
1201 N. Market Street  
P. O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200

Attorneys for Defendant Radiation Oncologists, P.A.

523283