## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the Motion For Order Approving Confidentiality Stipulation  were caused to be served on June 6, 2006, on the party listed below in the manner indicated.

Date:  June 6, 2006
Wilmington, Delaware

_____
Curtis S. Miller (#4583)


**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE  19806

468212