IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No.: 05-251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| **VIROON DONAVANIK, M.D.,** : | |
| **MICHAEL F. DZEDA, M.D.,** : | |
| **CHRISTOPHER KOPROWSKI, M.D.** : | |
| **ADAM RABEN, M.D., SUNJAY** : | |
| **SHAH, M.D., and MICHAEL D.** : | |
| **SORENSEN, M.D.** : | |
| : | |
| **Defendants.** : | |

### NOTICE OF DEPOSITION

TO: William H. Sudell, Jr., Esquire
    Curtis S. Miller, Esquire
    Morris, Nichols, Arsht & Tunnell, LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Defendant Dr. Viroon Donavanik, M.D., on Friday, July 7, 2006 at 1:00 p.m. in the offices of Gordon, Fournaris & Mammarella, P.A., 1925 Lovering Avenue, Wilmington, DE 19806.

|  |  |
|---|---|
|  | **GORDON, FOURNARIS & MAMMARELLA, P.A.** |
|  | **/s/Robert A. Penza** |
| Dated: **June 22, 2006** | Robert A. Penza, Esquire (DSB #2769)<br>Peter M. Sweeney, Esquire (DSB #3671)<br>1925 Lovering Avenue<br>Wilmington, DE  19806<br>(302)652-2900<br>rpenza@gfmlaw.com<br>Attorneys for Plaintiff<br>Donald C. Tilton |

cc: Corbett & Wilcox Court Reporters
    1400 N. French Street
    P. O. Box 25085
    Wilmington, DE  19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No.: 05-251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| **VIROON DONAVANIK, M.D.,** : | |
| **MICHAEL F. DZEDA, M.D.,** : | |
| **CHRISTOPHER KOPROWSKI, M.D.** : | |
| **ADAM RABEN, M.D., SUNJAY** : | |
| **SHAH, M.D., and MICHAEL D.** : | |
| **SORENSEN, M.D.** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATION OF SERVICE

I, Robert A. Penza, Esquire, do hereby certify that I caused a true and correct copy of the foregoing Notice of Deposition to be served upon counsel via electronic filing and regular U.S. mail, postage prepaid, on the date set forth below, addressed as follows:

>William H. Sudell, Jr., Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

>**GORDON, FOURNARIS & MAMMARELLA, P.A.**
>
>**/s/ Robert A. Penza**
>_____

Dated:  June 22, 2006

>Robert A. Penza, Esquire (DSB #2769)
>Peter M. Sweeney, Esquire (DSB #3671)
>1925 Lovering Avenue
>Wilmington, DE  19806
>(302) 652-2900
>rpenza@gfmlaw.com
>Attorneys for Plaintiff,
>Donald C. Tilton