IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | C.A. No.: 05-251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| **VIROON DONAVANIK, M.D.,** : | |
| **MICHAEL F. DZEDA, M.D.,** : | |
| **CHRISTOPHER KOPROWSKI, M.D.** : | |
| **ADAM RABEN, M.D., SUNJAY** : | |
| **SHAH, M.D., and MICHAEL D.** : | |
| **SORENSEN, M.D.** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF DEPOSITION

TO:  William H. Sudell, Jr., Esquire
     Curtis S. Miller, Esquire
     Morris, Nichols, Arsht & Tunnell, LLP
     1201 N. Market Street
     P.O. Box 1347
     Wilmington, DE  19899-1347

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Defendant Peter R. Hulick, M.D., on Monday, July 17, 2006 at 1:30 p.m. in the offices of Gordon, Fournaris & Mammarella, P.A., 1925 Lovering Avenue, Wilmington, DE 19806.

-1-

-2-

                              **GORDON, FOURNARIS & MAMMARELLA, P.A.**

                              **/s/Robert A. Penza**

Dated: **July 7, 2006** _____
                              Robert A. Penza, Esquire (DSB #2769)
                              Peter M. Sweeney, Esquire (DSB #3671)
                              1925 Lovering Avenue
                              Wilmington, DE   19806
                              (302)652-2900
                              rpenza@gfmlaw.com
                              Attorneys for Plaintiff
                              Donald C. Tilton

cc:  Corbett & Wilcox Court Reporters
     1400 N. French Street
     P. O. Box 25085
     Wilmington, DE   19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD C. TILTON, D.O.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No.: 05-251 (SLR) |
| | : | |
| **RADIATION ONCOLOGISTS, P.A.,** | : | |
| **VIROON DONAVANIK, M.D.,** | : | |
| **MICHAEL F. DZEDA, M.D.,** | : | |
| **CHRISTOPHER KOPROWSKI, M.D.** | : | |
| **ADAM RABEN, M.D., SUNJAY** | : | |
| **SHAH, M.D., and MICHAEL D.** | : | |
| **SORENSEN, M.D.** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATION OF SERVICE

I, Robert A. Penza, Esquire, do hereby certify that I caused a true and correct copy of the foregoing Notice of Deposition to be served upon counsel via electronic filing and regular U.S. mail, postage prepaid, on the date set forth below, addressed as follows:

>William H. Sudell, Jr., Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>
>Daniel P. McCollom, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899-2306

|  |  |
|---|---|
|  | **GORDON, FOURNARIS & MAMMARELLA, P.A.** |
|  | **/s/ Robert A. Penza** |
| Dated:  June 22, 2006 | _____ |
|  | Robert A. Penza, Esquire (DSB #2769) |
|  | Peter M. Sweeney, Esquire (DSB #3671) |
|  | 1925 Lovering Avenue |
|  | Wilmington, DE   19806 |
|  | (302) 652-2900 |
|  | rpenza@gfmlaw.com |
|  | Attorneys for Plaintiff, |
|  | Donald C. Tilton |