# EXHIBIT

# A

Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

Donald C. Tilton, D. O.,
       Plaintiff,

v.

Radiation Oncologists, P.A.
       Defendant.

**SUBPOENA DUCES TECUM IN A CIVIL CASE**

Case Number:[1] 05-00251 (SLR)

TO: William J. Martin, III, Esquire
    Martin, Conaty & Lunger, P. A.
    1020 N. Bancroft Parkway
    Wilmington, DE  19805

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME: |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All client files in your possession, custody or control involving Defendant Radiation Oncologist, P.A., ("ROPA"), with reference to ROPA providing and/or developing any deferred compensation agreement or plan to any member, officer, director of ROPA or Doctor who works at ROPA. **Personal appearance is waived if documents are provided on or before Wednesday, March 29, 2006.**

| PLACE: Gordon, Fournaris & Mammarella, P.A. | DATE AND TIME |
|---|---|
| 1925 Lovering Avenue, Wilmington, DE  19806 | Friday, March 31, 2006 @ 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30 (b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Peter M. Sweeney    Peter M. Sweeney, Esquire, Attorney for Plaintiff | 2/28/06 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   (302) 652-2900 | DATE |
| Peter M. Sweeney, Esquire, Gordon, Fournaris & Mammarella, P. A., 1925 Lovering Avenue, Wilmington, DE  19806 |  |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

|  | PROOF OF SERVICE | |
|---|---|---|
| SERVED | DATE 03/01/2006 (1:50 P.M.) | PLACE Martin, Conaty & Lunger, P.A. 1020 N. Bancroft Parkway Wilmington, Delaware 19805 |
| SERVED ON (PRINT NAME) Melissa Jordan, secretary - for William J. Martin, III, Esquire | | MANNER OF SERVICE by delivering a copy thereof to a person of suitable age and discretion then employed therein (for the named witness) |
| SERVED BY (PRINT NAME) Jeffrey L. Butler | | TITLE process server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   March 1, 2006
                    DATE

SIGNATURE OF SERVER

Legal Beagles, Inc.
P.O. Box 886
ADDRESS OF SERVER
New Castle, Delaware 19720-0886
(302) 322-9897

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden

(B  If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT

# B

ROPA Privilege Log
William Martin Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| WM PRIV 001 | WM PRIV 002 | 09/09/04 | William Martin | | Michael Dzeda; Peter Hulick; Viroon Donavanik; Sunjay Shah; Michael Sorensen | Confidential letter rendering legal advice re 9/08/04 meeting of the Board of Directors | A/C; WP |
| WM PRIV 003 | WM PRIV 003 | 09/09/04 | Peter Hulick | William Martin | | Confidential email communication requesting legal advice re: 9/08/04 ROPA shareholders meeting | A/C |
| Omitted* | | | | | | | |
| WM PRIV 009 | WM PRIV 009 | 09/08/04 | Peter Hulick | William Martin | | Confidential email communication containing legal advice re Draft Deferred Compensation Agreement | A/C |
| WM PRIV 010 | WM PRIV 013 | 12/__/04 | William Martin | N/A | | Confidential draft rendering legal advice re: Deferred Compensation Agreement, and containing handwritten notes | A/C |
| WM PRIV 014 | WM PRIV 017 | 12/__/04 | William Martin | N/A | | Confidential draft rendering legal advice re: Deferred Compensation Agreement, and containing handwritten notes | A/C |
| WM PRIV 018 | WM PRIV 022 | 12/__/04 | William Martin | N/A | | Confidential redlined draft re: legal advice for Deferred Compensation Agreement, and containing handwritten notes | A/C |
| WM PRIV 023 | WM PRIV 023 | Undated | William Martin | N/A | | Confidential document containing handwritten notes re: shareholder and employment agreements | A/C |
| WM PRIV 024 | WM PRIV 024 | 08/18/04 | William Martin | Peter Hulick | | Confidential email communication rendering legal advice re Deferred Compensation Agreement and containing handwritten notes | A/C |
| Omitted* | | | | | | | |
| WM PRIV 051 | WM PRIV 052 | 08/18/04 | William Martin | Peter Hulick | Susanne Kirsch | Confidential email communication rendering legal advice re: 09/08/04 ROPA Meeting | A/C |
| WM PRIV 053 | WM PRIV 053 | 08/18/04 | William Martin | Peter Hulick | Susanne Kirsch | Confidential email communication rendering legal advice re: information request re: D. Tililton's compnesation agreement | A/C |
| WM PRIV 054 | WM PRIV 054 | 08/13/04 | William Martin | Susanne Kirsch | | Confidential email communication rendering legal advice re: D. Tilton Deferred Compensation Agreement | A/C |
| WM PRIV 055 | WM PRIV 055 | 08/13/04 | Susanne Kirsch | William Martin | | Confidential handwritten note re: Donald Tilton Deferred Compensation Agreement | A/C |
| WM PRIV 056 | WM PRIV 056 | 05/25/04 | Peter Hulick | William Martin | Michael Dzeda; Viroon Donavanik; Sunjay Shah | Confidential email communication providing information for the purpose of obtaining legal advice re: employment contracts | A/C |
| WM PRIV 057 | WM PRIV 057 | 05/14/04 | William Martin | Peter Hulick | Susanne Kirsch | Confidential email communication rendering legal advice re: S. Shay's employment contract | A/C |
| WM PRIV 058 | WM PRIV 058 | 08/02/04 | Susanne Kirsch | Michael Dzeda | William Martin | Confidential email communication referring to legal advice of William Martin re: D. Tilton and P. Hulick employment agreements | A/C |
| Omitted* | | | | | | | |

517677

1

## ROPA Privilege Log
## William Martin Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| WM PRIV 076 | WM PRIV 098 | 07/08/04 | William Martin | Peter Hulick | | Confidential communication and enclosures rendering legal advice re: M. Sorensen's Employment Agreement and Amended and Restated Stockholders' Agreement | A/C |
| WM PRIV 099 | WM PRIV 127 | 05/28/04 | William Martin | Peter Hulick | | Confidential communication and enclosures rendering legal advice re: S. Shah's Employment Agreement, Amendments to Senior Radiation Oncologists' Employment Agreements and Amended and Restated Stockholders' Agreement | A/C |
| WM PRIV 128 | WM PRIV 138 | 5/__/04 | William Martin | N/A | | Confidential draft Employment Agreement containing legal advice | A/C |
| WM PRIV 139 | WM PRIV 142 | 04/26/04 | Peter Hulick | William Martin | Michael Dzeda; Viroon Donavanik | Confidential email communications with handwritten notes re: S. Shah's information request | A/C |
| WM PRIV 143 | WM PRIV 145 | 04/24/04 | Peter Hulick | William Martin | Michael Dzeda; Viroon Donavanik | Confidential email communications providing information at the request of William Martin for the purpose of rendering legal advice re: S. Shah's information request, containing hand written notes | A/C |
| WM PRIV 146 | WM PRIV 168 | 03/04/04 | William Martin | Peter Hulick; Viroon Donavanik; Michael Dzeda; Sunjay Shah | | Confidential communication and draft enclosure rendering legal advice re: S. Shah's Employment Agreement and Amended and Restated Stockholders' Agreement | A/C |
| WM PRIV 169 | WM PRIV 169 | 10/19/03 | Peter Hulick | William Martin; Linda Tabeling | | Confidential email communication requesting legal advice re: life insurance | A/C |
| WM PRIV 170 | WM PRIV 171 | 10/13/03 | Peter Hulick | Bill Martin | | Confidential email communications requesting legal advice re: topics of 10/16/03 meeting | A/C |
| WM PRIV 172 | WM PRIV 172 | 08/14/03 | William Martin | Peter Hulick | | Confidential email communication containing request for legal advice of William Martin re: deferred compensation and shareholder issues, and containing handwritten notes | A/C |
| WM PRIV 173 | WM PRIV 173 | 08/14/03 | Peter Hulick | Viroon Donavanik; Michael Dzeda | William Martin | Confidential email communication requesting legal advice re: corporate changes for 2004-2006 | A/C |
| WM PRIV 174 | WM PRIV 202 | 06/10/03 | William Martin | Peter Hulick; Viroon Donavanik; Michael Dzeda | William Martin | Confidential email communication and draft attachments (containing handwritten notes) rendering legal advice re: issues for June 2003 board meeting | A/C |
| WM PRIV 203 | WM PRIV 211 | 12/09/02 | William Martin | N/A | | Confidential draft documents prepared for annual meeting and containing handwritten notes | A/C |
| WM PRIV 212 | WM PRIV 212 | 12/31/02 | William Martin | Peter Hulick | Viroon Donavanik; Michael Dzeda | Confidential communication and enclosures rendering legal advice re: Deferred Compensation Agreement for Donald Tilton | A/C |
| Omitted* WM PRIV 232 | WM PRIV 244 | 02/07/01 | William Martin | Peter Hulick; Donald Tilton; Viroon Donavanik | | Confidential communication and draft enclosures rendering legal advice re: amendment to Senior Radiologist's Employment Agreement | A/C |

2

517677

ROPA Privilege Log
William Martin Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| WM PRIV 245 | WM PRIV 246 | 12/13/00 | William Martin | N/A | | Confidential draft document containing legal advice re: Annual Meeting and containing handwritten comments | A/C |
| WM PRIV 247 | WM PRIV 249 | 11/15/00 | William Martin | N/A | | Confidential handwritten notes containing legal advice re: November Board Meeting | A/C |
| WM PRIV 250 | WM PRIV 259 | 11/__/00 | William Martin | N/A | | Confidential draft Employment Agreement for Joseph Ravalese | A/C |
| WM PRIV 260 | WM PRIV 316 | 07/12/00 | William Martin | Donald Tilton; Peter Hulick; Viroon Donavanik | | Confidential communication containing handwritten notes and enclosures re: Shareholders' Agreement; Stockholders' Agreement; Employment Agreements for Donald Tilton, Peter Hulick and Viroon Donavanik; and Amended and Restated By-Laws for ROPA | A/C |
| WM PRIV 317 | WM PRIV 386 | 06/08/00 | William Martin | Donald Tilton; Peter Hulick; Viroon Donavanik; Joseph Ravalese | | Confidential communication and enclosures re: Shareholders' Agreement; Stockholders' Agreement; Employment Agreements for Donald Tilton, Peter Hulick, Viroon Donavanik and Joseph Ravalese; Amendment to Money Purchase Pension Plan and Trust; Amendment to Profit Sharing Plan and Trust; and By-Laws | A/C |
| WM PRIV 387 | WM PRIV 427 | 04/06/00 | William Martin | Peter Hulick; Viroon Donavanik; Donald Tilton; Joseph Ravalese | | Confidential communication and enclosures re: Employment Agreements for Peter Hulick, Viroon Donavanik, Donald Tilton, and Joseph Ravalese | A/C |
| WM PRIV 428 | WM PRIV 428 | 07/19/99 | William Martin | N/A | | Confidential handwritten notes re: compensation for Senior Radiation Oncologist | A/C |
| WM PRIV 429 | WM PRIV 431 | 09/__/99 | William Martin | N/A | | Confidential draft documents re: indemnification agreements | A/C |
| WM PRIV 432 | WM PRIV 433 | 06/17/99 | William Martin | N/A | | Confidential facsimile communication containing handwritten notes and providing information for the purpose of obtaining legal advice re: 06/14/99 ROPA Directors Meeting | A/C |
| WM PRIV 434 | WM PRIV 435 | Undated | William Martin | N/A | | Confidential handwritten notes re: ROPA contracts | A/C |
| WM PRIV 436 | WM PRIV 436 | Undated | William Martin | N/A | | Confidential document re: ROPA Annual Corporation Meeting Agenda with handwritten notes | A/C |
| WM PRIV 437 | WM PRIV 449 | 12/23/96 | William Martin | N/A | | Confidential documents re: 12/23/96 annual meeting | A/C |
| WM PRIV 450 | WM PRIV 453 | 10/28/97 | William Martin | N/A | | Confidential handwritten notes re: Annual Meeting and letter from D. Tilton containing attorney's handwritten notes re annual meeting | A/C |
| WM PRIV 454 | WM PRIV 454 | 11/25/97 | William Martin | Donald Tilton | Ekkehard Schubert; Donald Tilton | Confidential communication and enclosure re: Deferred Compensation Agreement with E. Schubert | A/C |
| Omitted* | | | | | | | |

3

517677

## ROPA Privilege Log
### William Martin Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| WM PRIV 459 | WM PRIV 460 | 10/21/96 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential e-mail communication requesting information for the purpose of rendering legal advice re: corporate shareholder agreements | A/C |
| WM PRIV 461 | WM PRIV 470 | 08/24/95 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential communication rendering legal advice re: proposed corporate changes | A/C |
| WM PRIV 471 | WM PRIV 479 | __/__/96 | William Martin | N/A | | Confidential draft document re: Senior Radiologist's Employment Agreement | A/C |
| WM PRIV 480 | WM PRIV 489 | 08/24/95 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential communication rendering legal advice re: proposed corporate changes and containing handwritten notes | A/C |
| WM PRIV 490 | WM PRIV 500 | 12/15/95 | William Martin | Benedict Lebovitz | Ekkehard Schubert; Donald Tilton | Confidential communication rendering legal advice re: corporate changes for 1996 | A/C |
| WM PRIV 501 | WM PRIV 510 | 07/31/95 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential communication rendering legal advice re: proposed corporate changes and containing handwritten notes | A/C |
| WM PRIV 511 | WM PRIV 520 | 07/07/95 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential communication rendering legal advice re: proposed corporate changes and containing handwritten notes | A/C |
| WM PRIV 521 | WM PRIV 530 | 07/07/95 | William Martin | Ekkehard Schubert; Donald Tilton | | Confidential communication rendering legal advice re: proposed corporate changes | A/C |
| WM PRIV 531 | WM PRIV 531 | 11/10/04 | William Martin | Peter J. Shanley | Michael Dzeda | Confidential communication providing information at the request of Peter Shanley for the purpose of rendering legal advice to ROPA re: corporate documents and employment agreements | A/C; WP |
| WM PRIV 532 | WM PRIV 533 | 10/29/04 | Peter J. Shanley | William Martin | Viroon Donavanik; Michael Dzeda; Sunjay Shah; Michael Sorensen | Confidential communication requesting information for the purpose of rendering legal advice to ROPA re: retirements of Peter Hulick and Donald Tilton | A/C; WP |
| WM PRIV 534 | WM PRIV 535 | 10/22/04 | Michael Dzeda | William Martin | | Confidential email communication containing legal advice of William Martin re Peter Hulick's Shareholder Employment Agreement | A/C |
| WM PRIV 536 | WM PRIV 536 | 10/21/04 | William Martin | N/A | | Confidential draft communication re: 10/06/04 letter to D. McCollom re: bankruptcy filing | A/C; WP |
| WM PRIV 537 | WM PRIV 537 | 10/21/04 | William Martin | Michael Dzeda | | Confidential email communication re: P. Hulick's Shareholder Employment Agreements | A/C; WP |
| WM PRIV 538 | WM PRIV 538 | 09/23/04 | William Martin | N/A | | Confidential handwritten notes re: deferred compensation agreement discussion | A/C |
| WM PRIV 539 | WM PRIV 543 | 09/08/04 | William Martin | Peter Hulick | Susanne Kirsch | Confidential email communication and draft attachment rendering legal advice re: Deferred Compensation Agreement for Peter Hulick | A/C |
| WM PRIV 544 | WM PRIV 556 | 09/09/04 | William Martin | Michael Dzeda; Peter Hulick | Viroon Donavanik; Sunjay Shah; Michael Sorensen | Confidential communication rendering legal advice re: 09/08/04 Board meeting and Deferred Compensation Agreement | A/C |

*These documents were incorrectly bates stamped as privileged and will be produced.

517677

4

# EXHIBIT

# C

ROPA Privilege Log
ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 001 | ROPA PRIV 001 | 12/06/04 | Peter Shanley | Linda Tabeling | Viroon Donavanik, Michael Dzeda, Sunjay Shah, Michael Sorensen | Confidential email communication re Hulick settlement. | A/C; WP |
| ROPA PRIV 002 | ROPA PRIV 006 | 01/02/00 | Peter Shanley | N/A | | Confidential draft settlement agreement between ROPA and P. Hulick, containing handwritten notes. | A/C; WP |
| ROPA PRIV 007 | ROPA PRIV 011 | N/A | Peter Shanley | N/A | | Confidential draft red-lined settlement agreement between ROPA and P. Hulick. | A/C; WP |
| ROPA PRIV 012 | ROPA PRIV 016 | 12/28/04 | Thomas Pulsifer | Peter Shanley | | Confidential draft settlement agreement between ROPA and P. Hulick, containing handwritten attorney comments. | A/C; WP |
| ROPA PRIV 017 | ROPA PRIV 025 | N/A | P. Shanley | N/A | | Confidential draft settlement agreement between ROPA and P. Hulick. | A/C; WP |
| ROPA PRIV 026 | ROPA PRIV 033 | 12/22/04 | Peter J. Shanley, Esq. | Thomas R. Pulsifer | Michael F. Dzeda | Confidential letter between counsel enclosing draft settlement agreement between ROPA and P. Hulick. | A/C; WP |
| ROPA PRIV 034 | ROPA PRIV 035 | 12/13/04 | Michael D. Sorensen | Viroon Donavanik | Michael Dzeda; Sunjay Shah; Michael D. Sorensen; Peter Shanley | Confidential email communications referring to legal advice of Peter Shanley and Thomas Pulsifer re deferred compensation. | AC; WP |
| ROPA PRIV 036 | ROPA PRIV 038A | 12/12/04 | Michael D. Sorensen | Peter Shanley | Sunjay Shah; Michael Dzeda; Michael D. Sorensen; Viroon Donavanik | Confidential email communication to counsel requesting legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 039 | ROPA PRIV 043 | 12/10/04 | Michael D. Sorensen | Sunjay Shah | Michael Dzeda; Viroon Donavanik; Michael D. Sorensen; Peter Shanley | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 044 | ROPA PRIV 047 | 12/10/04 | Michael D. Sorensen | SunJay Shah | Michael Dzeda; Viroon Donavanik; Michael D. Sorensen; Peter Shanley | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 048 | ROPA PRIV 050 | 12/13/04 | Michael Dzeda | SunJay Shah; Peter Shanley | | Confidential email communication to counsel re legal advice of T. Pulsifer for Hulick Settlement. | AC; WP |
| ROPA PRIV 051 | ROPA PRIV 055 | 12/12/04 | Michael Dzeda | Peter Shanley; Sunjay and Neena Shah; Michael Dzeda | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 056 | ROPA PRIV 058 | 12/09/04 | Michael Dzeda | Peter Shanley | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 059 | ROPA PRIV 060 | 12/09/04 | Michael Dzeda | Peter Shanley; Michael D. Sorensen; Sunjay Shah; Viroon Donavanik | Tom Pulsifer | Confidential email communications referring to legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 061 | ROPA PRIV 062 | 12/09/04 | Michael Dzeda | Jeff Gibson, Michael Dzeda | Peter Shanley; Viroon Donavanik; SunJay Shah; Michael D. Sorensen | Confidential email communications re structure of P. Hulick settlement. | A/C; WP |
| ROPA PRIV 063 | ROPA PRIV 063 | 12/13/04 | Michael Dzeda | Leanne Redstone; Michael D. Sorensen; SunJay Shah; Viroon Donavanik | Peter Shanley | Confidential email communication referring to legal advice from Peter Shanley re Hulick settlement. | A/C; WP |

ROPA Privilege Log
ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 064 | ROPA PRIV 066 | 12/13/04 | Leanne Redstone | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | Peter Shanley | Confidential email communication attaching memorandum from Peter Shanley re legal advice and Hulick Settlement. | AC; WP |
| ROPA PRIV 067 | ROPA PRIV 068 | 11/24/04 | Peter Shanley | Ann Hardy | | Confidential email communication discussing legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 069 | ROPA PRIV 069 | 11/29/04 | SunJay Shah | Ann Hardy* | | Confidential email communications containing legal advice from P. Shanley re negotiations for Hulick Settlement. | AC; WP |
| ROPA PRIV 070 | ROPA PRIV 070 | 11/24/04 | Ann Hardy | Peter Shanley | | Confidential email communications containing legal advice re negotiations for Hulick Settlement. | AC; WP |
| ROPA PRIV 071 | ROPA PRIV 071 | 11/24/04 | Ann Hardy | Peter Shanley | | Confidential email communications containing legal advice re negotiations for Hulick Settlement. | AC; WP |
| ROPA PRIV 072 | ROPA PRIV 073 | 11/24/04 | Ann Hardy | Peter Shanley | | Confidential email communications containing legal advice re negotiations for Hulick Settlement. | AC; WP |
| ROPA PRIV 074 | ROPA PRIV 079 | 11/24/04 | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | | Confidential email communication containing legal advice and attaching draft letter re negotiations for Hulick Settlement. | AC; WP |
| ROPA PRIV 080 | ROPA PRIV 080 | 12/01/04 | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | Thomas Pulsifer | Confidential email communication requesting information for the purpose of rendering legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 081 | ROPA PRIV 083 | 12/03/04 | Ann Hardy | Peter Shanley | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 084 | ROPA PRIV 085 | 12/03/04 | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | Thomas Pulsifer | Confidential email communication re legal advice of P. Shanley and T. Pulsifer and meeting to discuss Hulick Settlement. | AC; WP |
| ROPA PRIV 086 | ROPA PRIV 087 | 12/08/04 | Peter Shanley | Self | | Confidential handwritten notes re Hulick Settlement. | WP |
| ROPA PRIV 088 | ROPA PRIV 089 | 12/09/04 | Peter Shanley | Self | | Confidential handwritten notes re Hulick Settlement. | WP |
| ROPA PRIV 090 | ROPA PRIV 091 | 12/09/04 | Peter Shanley | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | Thomas Pulsifer | Confidential email communication containing legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 092 | ROPA PRIV 093 | 12/10/04 | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | | Confidential email communication containing legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 094 | ROPA PRIV 097 | 12/11/04 | Sunjay Shah | Peter Shanley; Michael Dzeda | | Confidential email communication referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 098 | ROPA PRIV 101 | 12/10/04 | Sunjay Shah | Peter Shanley; Michael Dzeda | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 102 | ROPA PRIV 105 | 12/10/04 | Sunjay Shah | Michael Dzeda; Michael D. Sorensen; Viroon Donavanik; Peter Shanley | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |

2

517745 5/4/2006 1:13 PM

ROPA Privilege Log
ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 106 | ROPA PRIV 108 | 12/09/04 | Sunjay Shah | Michael Dzeda; Michael D. Sorensen; SunJay Shah; Viroon Donavanik; Peter Shanley | Peter Shanley | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 109 | ROPA PRIV 109 | 12/12/04 | Viroon Donavanik | Michael Dzeda; SunJay Shah; Michael D. Sorensen | | Confidential email communication referring to legal advice of P. Shanley re deferred compensation payments. | A/C; WP |
| ROPA PRIV 110 | ROPA PRIV 113 | 11/22/04 | Ann Hardy | Peter Shanley | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 114 | ROPA PRIV 116 | 11/22/04 | Peter Shanley | Ann Hardy | | Confidential email communications re legal advice for Hulick Settlement. | AC; WP |
| ROPA PRIV 117 | ROPA PRIV 119 | 11/22/04 | Ann Hardy | Peter Shanley | | Confidential email communications regarding S. Shah request for legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 120 | ROPA PRIV 121A | 11/22/04 | Ann Hardy | Peter Shanley | | Copy of confidential email communications re Hulick Settlement containing handwritten notes of P. Shanley. | AC; WP |
| ROPA PRIV 122 | ROPA PRIV 130 | 11/22/04 | Ann Hardy* | Michael Dzeda; Michael D. Sorensen; SunJay Shah; Viroon Donavanik; Peter Shanley | | Confidential communication and attachment containing handwritten notes and legal advice re Hulick settlement. | AC; WP |
| ROPA PRIV 131 | ROPA PRIV 140 | N/A | Peter Shanley | N/A | | Confidential communication and attachment containing handwritten notes and legal advice re Hulick settlement. | AC; WP |
| ROPA PRIV 141 | ROPA PRIV 144 | 11/22/04 | SunJay Shah | Michael D. Sorensen; Michael Dzeda | Viroon Donavanik; Ann Hardy* | Confidential email communications referring to legal advice of P. Shanley re deferred compensation. | AC; WP |
| ROPA PRIV 145 | ROPA PRIV 147 | 11/22/04 | Michael D. Sorensen | Michael Dzeda | SunJay Shah; Michael D. Sorensen; Viroon Donavanik; Ann Hardy* | Confidential email communications referring to legal advice of P. Shanley re Hulick settlement. | AC; WP |
| ROPA PRIV 148 | ROPA PRIV 150 | 11/21/04 | Michael Dzeda | SunJay Shah; Ann Hardy* | Michael Sorensen; Viroon Donavanik | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement | AC; WP |
| ROPA PRIV 151 | ROPA PRIV 152 | 11/21/04 | SunJay Shah | Ann Hardy* | | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 153 | ROPA PRIV 155 | 11/21/04 | SunJay Shah | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Viroon Donavanik | Confidential email communications referring to legal advice of P. Shanley re Hulick Settlement. | AC; WP |
| ROPA PRIV 156 | ROPA PRIV 158 | 11/19/04 | Michael D. Sorensen | Ann Hardy* | Michael Dzeda; Viroon Donavanik; SunJay Shah; Michael D. Sorensen | Confidential email communications discussing legal strategy re Hulick Settlement. | AC; WP |
| ROPA PRIV 159 | ROPA PRIV 160 | 11/19/04 | Ann Hardy* | Michael D. Sorensen; Michael Dzeda; Sunjay A. Shah; Viroon Donavanik | | Confidential email communication containing legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 161 | ROPA PRIV 163 | 11/16/04 | Bill Miller | Ann Hardy* | | Confidential email communications re Hulick Settlement | AC; WP |
| ROPA PRIV 164 | ROPA PRIV 165 | 11/18/04 | P. Shanley | N/A | | Confidential handwritten notes re Hulick Settlement. | WP |
| ROPA PRIV 166 | ROPA PRIV 171 | 11/14/04 | P. Shanley | N/A | | Confidential handwritten notes re Hulick Settlement. | WP |
| ROPA PRIV 172 | ROPA PRIV 173 | 11/16/04 | P. Shanley | N/A | | Confidential handwritten notes re Hulick settlement. | WP |

3

517745 5/4/20061:13 PM

ROPA Privilege Log
ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 174 | ROPA PRIV 174 | 11/15/04 | Ann Hardy* | Michael Dzeda | | Confidential email communication providing legal advice and requesting information re Hulick Settlement. | AC; WP |
| ROPA PRIV 175 | ROPA PRIV 175 | 11/15/04 | Ann Hardy* | Bill Miller | | Confidential email communication re Hulick Settlement. | AC; WP |
| ROPA PRIV 176 | ROPA PRIV 176 | 11/15/04 | Ann Hardy* | Linda Tabeling | | Confidential email communication re Hulick Settlement. | AC; WP |
| ROPA PRIV 177 | ROPA PRIV 179 | 11/11/04 | Ann Hardy* | Bill Miller | | Confidential email communication re Hulick settlement. | AC; WP |
| OMITTED** | OMITTED** | | | | | | |
| ROPA PRIV 195 | ROPA PRIV 198A | 12/20/04 | Peter Shanley | Thomas R. Pulsifer | | Confidential communication between counsel discussing legal advice re deferred compensation of D. Tilton and P. Hulick. | AC; WP |
| ROPA PRIV 199 | ROPA PRIV 201 | 12/09/04 | Peter Shanley | Sunjay A. Shah; Michael F. Dzeda; Viroon Donavanik; Michael D. Sorensen | | Confidential communication from counsel discussing legal advice re deferred compensation of D. Tilton and P. Hulick. | AC; WP |
| ROPA PRIV 202 | ROPA PRIV 202 | 12/03/04 | Ann Hardy | Peter Shanley | | Confidential email communication re Hulick Settlement. | AC; WP |
| ROPA PRIV 203 | ROPA PRIV 204 | 12/02/04 | Ann Hardy | Peter Shanley | | Confidential email communication containing information for the provision of legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 205 | ROPA PRIV 208 | 12/02/04 | Ann Hardy | Peter Shanley | | Confidential email communications containing information for the provision of legal advice re Hulick Settlement. | AC; WP |
| ROPA PRIV 209 | ROPA PRIV 209 | 12/02/04 | Ann Hardy | Peter Shanley | | Confidential email communications containing information for the provision of legal advice re deferred compensation of D. Tilton and P. Hulick. | AC; WP |
| ROPA PRIV 210 | ROPA PRIV 210 | Undated | Peter Shanley | N/A | | Confidential document containing information for the provision of legal advice re litigation with P. Hulick and D. Tilton. | AC; WP |
| ROPA PRIV 211 | ROPA PRIV 211 | Undated | Peter Shanley | N/A | | Confidential document containing information for the provision of legal advice re litigation with P. Hulick and D. Tilton. | AC; WP |
| ROPA PRIV 212 | ROPA PRIV 214 | 03/29/05 | Peter Shanley | Sunjay A. Shah; Michael F. Dzeda; Viroon Donavanik; Michael D. Sorensen; Christopher Koprowski; Adam Raben | | Confidential communication re deferred compensation for Employment Agreements. | A/C |
| ROPA PRIV 215 | ROPA PRIV 217 | 01/19/05 | Peter Shanley | N/A | | Confidential memo re meeting with ROPA, containing handwritten comments and discussing P. Hulick settlement. | AC; WP |
| ROPA PRIV 218 | ROPA PRIV 219 | 11/24/04 | Peter Shanley | N/A | | Confidential memo re meeting with ROPA, containing handwritten comments, and discussing P. Hulick settlement and potential litigation. | AC; WP |

517745 5/4/20061:13 PM

4

## ROPA Privilege Log
### ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 220 | ROPA PRIV 224 | 11/24/04 | Peter Shanley | Sunjay A. Shah; Michael F. Dzeda; Viroon Donavanik; Michael D. Sorensen | | Confidential draft letter re strategy for Hulick negotiations. | AC; WP |
| ROPA PRIV 225 | ROPA PRIV 226 | 11/03/04 | Peter Shanley | James H. Wilton | | Confidential communication re research for potential litigation with P. Hulick and D. Tilton. | AC; WP |
| ROPA PRIV 227 | ROPA PRIV 228 | 10/15/04 | Peter Shanley | | | Confidential memo re meeting with ROPA and potential litigation with P. Hulick and D. Tilton. | AC; WP |
| ROPA PRIV 229 | ROPA PRIV 230 | 11/11/04 | Peter Shanley | William J. Martin, III | | Confidential communication between counsel re deferred compensation of D. Tilton and P. Hulick. | AC; WP |
| ROPA PRIV 231 | ROPA PRIV 233 | 11/11/04 | Peter Shanley | Thomas Pulsifer | Viroon Donavanik, Michael Dzeda, Sunjay Shah, Michael Sorensen | Confidential communication re meeting to discuss deferred compensation of P. Hulick and D. Tilton. | AC; WP |
| ROPA PRIV 234 | ROPA PRIV 234 | 11/10/04 | William J. Martin | Peter Shanley | Michael F. Dzeda | Confidential communication re P. Hulick and D. Tilton deferred compensation. | AC; WP |
| ROPA PRIV 235 | ROPA PRIV 236 | 10/29/04 | Peter Shanley | William J. Martin, III | Viroon Donavanik, Michael Dzeda, Sunjay Shah, Michael Sorensen | Confidential communication re amendment of Employment Agreements and deferred compensation. | AC; WP |
| ROPA PRIV 237 | ROPA PRIV 238 | 09/09/04 | William J. Martin | Michael Dzeda; Peter R. Hulick | Viroon Donavanik; Sunjay Shah, Michael Sorensen | Confidential communication re ROPA board actions. | A/C; WP |
| ROPA PRIV 239 | ROPA PRIV 241 | 10/25/04 | SunJay Shah | Peter Shanley | | Confidential email communications re deferred compensation dispute with P. Hulick. | A/C; WP |
| ROPA PRIV 242 | ROPA PRIV 244 | 11/24/04 | Peter Shanley | William Miller | | Confidential draft letter re Hulick settlement, containing attorney's handwritten comments. | A/C; WP |
| ROPA PRIV 245 | ROPA PRIV 256 | 03/28/05 | Peter Shanley | Michael F. Dzeda; Sunjay A. Shah; Viroon Donavanik; Michael D. Sorensen; Christopher Koprowski; Adam Raben | | Confidential memorandum re attached draft Senior Radiation Oncologists Employment Agreement. | A/C |

*Note that these e-mail communications to and from A. Hardy, who is an administrative assistant for Peter Shanley, were sent to Ann Hardy for Peter Shanley or from Peter Shanley through Ann Hardy for a receipient.

**Note that the these documents were incorrectly bates stamped as privileged and will be produced.

517745 5/4/2006 1:13 PM

5

ROPA First Supplemental Privilege Log
ROPA Privileged Documents

| Beginning Bates No. | Ending Bates No. | Date | Author | Recipient | Copies | Description | Privilege |
|---|---|---|---|---|---|---|---|
| ROPA PRIV 257 | ROPA PRIV 258 | 08/31/00 | William J. Martin | Donald C. Tilton; Viroon Donavanik; Peter R. Hulick | | Confidential communication from counsel re matters for board meeting on 8/30/00. | A/C |
| ROPA PRIV 259 | ROPA PRIV 267 | N/A | William J. Martin | N/A | | Confidential draft Employment Agreement containing handwritten notes. | A/C |

1