**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DONALD C. TILTON, D.O.,** | : |
| **Plaintiff,** | : |
| v. | : C.A. No.: 05-00251 (SLR) |
| **RADIATION ONCOLOGISTS, P.A.,** | : |
| **Defendant.** | : |

## NOTICE OF SERVICE

I, Robert A. Penza, Esquire, hereby certify that on this 14th day of July 2006, I caused two (2) true and correct copies of the attached Plaintiff Donald C. Tilton D.O's Request for Supplemental Responses to the Request for Production of Documents and Tangible Things Directed to Defendant Radiation Oncologists, P. A. to be served via electronic filing and hand delivery upon the following individual(s):

**VIA HAND DELIVERY**

William H. Sudell, Jr., Esquire
Curtis S. Miller, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Robert A. Penza**
Robert A. Penza, Esquire (DSB #2769)
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE  19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Plaintiff,
Donald C. Tilton, D.O.