IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-00251 (SLR) |
| RADIATION ONCOLOGISTS, P.A., | : |
| Defendant. | : |

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE
FOR MOTION TO QUASH SUBPOENA DUCES TECUM (D.I. 39)**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, subject to approval of the Court, that the time within which defendant Radiation Oncologists, P.A. shall file its Reply Brief in Support of Motion to Quash Subpoena Duces Tecum (D.I. 39) is extended to August 3, 2006.

| GORDON, FOURNARIS & MAMMARELLA, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Robert A. Penza | /s/ Curtis S. Miller |
| Robert A. Penza (No. 2769) | William H. Sudell, Jr. (No. 463) |
| Peter M. Sweeney (No. 3671) | Curtis S. Miller (No. 4583) |
| 1925 Lovering Avenue | 1201 N. Market Street |
| Wilmington, DE 19806 | P. O. Box 1347 |
| (302) 652-2900 | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| Attorneys for Plaintiff | |
| Donald C. Tilton, D.O. | Attorneys for Defendant |
| | Radiation Oncologists, P.A. |

SO ORDERED this _____ day of July , 2006.

_____
Chief United States District Judge

528825