## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the Stipulation And Order Extending Briefing Schedule For Motion To Quash Subpoena Duces Tecum (D.I. 39) were caused to be served on July 20, 2006, on the party listed below in the manner indicated.

Date: July 20, 2006
      Wilmington, Delaware

_____
Curtis S. Miller (#4583)

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

468212