IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-00251 (SLR) |
| | : | |
| RADIATION ONCOLOGISTS, P.A., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 24, 2006, copies of Responses To Plaintiff Donald C. Tilton's Request For Supplement Responses To Certain Of His First Request For Production Of Documents And Tangible Things Directed To Defendant Radiation Oncologists, P.A., were served in the manner indicated upon the entity identified below:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE  19806

Dated: July 24, 2006                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ Curtis S. Miller
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant Radiation Oncologists, P.A.

505089v5