IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-00251 (SLR) |
| | : | |
| RADIATION ONCOLOGISTS, P.A., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2006, copies of Supplemental Response To Plaintiff Donald C. Tilton's Amended First Set Of Interrogatories Directed To Defendant Radiation Oncologists, P.A., were served in the manner indicated upon the entity identified below:

**BY HAND DELIVERY**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE  19806

Dated: July 31, 2006                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          /s/ Curtis S. Miller
                                         William H. Sudell, Jr. (No. 463)
                                         Curtis S. Miller (No. 4583)
                                         1201 N. Market Street
                                         P.O. Box 1347
                                         Wilmington, DE 19899-1347
                                         (302) 658-9200

                                         Counsel for Defendant Radiation Oncologists,
                                         P.A.

505089v5