<u>CERTIFICATE OF SERVICE</u>

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that copies of the **Reply Memorandum In Support Of Motion To Quash Subpoena Duces Tecum** were caused to be served on August 3, 2006, on the party listed below in the manner indicated.

Date: August 3, 2006
      Wilmington, Delaware

_____
Curtis S. Miller (#4583)

**<u>BY HAND DELIVERY</u>**

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

468212