IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O. | : |
| | : |
| v. | : Civil No. 05-251 GMS |
| | : |
| RADIATION ONCOLOGISTS, P.A. | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling/status telephone conference regarding the above-captioned case is scheduled for **Friday, September 1, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. **Counsel for the plaintiff is directed to initiate the call to counsel and the court.**

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

August 23, 2006