**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DONALD C. TILTON, D.O.,** | : |
| Plaintiff, | : |
| v. | : C.A. No.: 05-00251 (GMS) |
| **RADIATION ONCOLOGISTS, P.A.,** | : |
| Defendant. | : |

**AMENDED STIPULATION AND ORDER OF SCHEDULING**

Undersigned counsel for the parties hereby stipulate and agree, subject to approval of the Court, that the February 9, 2006 Scheduling Order shall be amended as follows:

1. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by **September 11, 2006.** Rebuttal expert reports are due by **October 13, 2006.** Any expert witness depositions shall be completed by **November 17, 2006.**

2. All motions *in limine* shall be filed on or before **December 11, 2006.** All responses to said motions shall be filed on or before **December 18, 2006.**

3. A pretrial conference will be held on **January 10, 2007** at 10:00 a.m. in Courtroom 4A, fourth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial

conference.

4. The matter is scheduled for a 3-day bench trial commencing on **January 22, 2007** in Courtroom 4A, fourth floor, Federal Building, 844 King Street, Wilmington, Delaware.

5. All other scheduling deadlines and scheduled events shall remain as provided in the February 9, 2006 Scheduling Order.

 

Dated: September 5, 2006

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

/s/ Robert A. Penza, Esquire
_____
Robert A. Penza, Esq. (DSB #2769)
1925 Lovering Avenue
Wilmington, DE  19806
(302) 652-2900
Attorney for Plaintiff and
Counterclaim-Defendant

**MORRIS, NICHOLS, ARHST & TUNNELL LLP**

/s/ William H. Sudell, Jr., Esquire
_____
William H. Sudell, Jr., Esq. (DSB #463)
Curtis S. Miller, Esq. (DSB #4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendant and
Counterclaim-Plaintiff

SO ORDERED this ___ day of _____, 2006

_____
Judge Sleet