IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD C. TILTON, D.O., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-00251 (GMS) |
| | : | |
| RADIATION ONCOLOGISTS, P.A., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 11, 2006, copies of the Expert Report Of Stephen H. Paley, Esquire were served in the manner indicated upon the entity identified below:

### BY HAND DELIVERY

Robert A. Penza, Esq.
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

Dated: September 11, 2006        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           /s/ Curtis S. Miller
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant Radiation Oncologists, P.A.