IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD C. TILTON, D.O.** | : | |
| | : | |
|        **Plaintiff,** | : | |
| | : | |
|    **v.** | : | C.A. No.: 05-251 (SLR) |
| | : | |
| **RADIATION ONCOLOGISTS, P.A.,** | : | |
| **VIROON DONAVANIK, M.D.,** | : | |
| **MICHAEL F. DZEDA, M.D.,** | : | |
| **CHRISTOPHER KOPROWSKI, M.D.** | : | |
| **ADAM RABEN, M.D., SUNJAY** | : | |
| **SHAH, M.D., and MICHAEL D.** | : | |
| **SORENSEN, M.D.** | : | |
| | : | |
|        **Defendants.** | : | |

**NOTICE OF DEPOSITION**

TO:  William H. Sudell, Jr., Esquire
     Curtis S. Miller, Esquire
     Morris, Nichols, Arsht & Tunnell, LLP
     1201 N. Market Street
     P.O. Box 1347
     Wilmington, DE  19899-1347

     Stephen H. Paley, Esquire
     Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper
     4800 Hampden Lane
     7th Floor
     Bethesda, MD  20814-2930

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Stephen H. Paley, Esquire, on Tuesday, November 21, 2006 at 1:00 p.m. in the offices of Gordon, Fournaris & Mammarella, P.A., 1925 Lovering Avenue, Wilmington, DE  19806.

-2-

                                      **GORDON, FOURNARIS & MAMMARELLA, P.A.**

                                      **/s/Robert A. Penza**

Dated: **October 24, 2006** _____

                                      Robert A. Penza, Esquire (DSB #2769)
                                      Peter M. Sweeney, Esquire (DSB #3671)
                                      1925 Lovering Avenue
                                      Wilmington, DE   19806
                                      (302)652-2900
                                      rpenza@gfmlaw.com
                                      Attorneys for Plaintiff
                                      Donald C. Tilton


cc:   Corbett & Wilcox Court Reporters
      1400 N. French Street
      P. O. Box 25085
      Wilmington, DE   19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD C. TILTON, D.O.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | C.A. No.: 05-251 (SLR) |
| : | |
| **RADIATION ONCOLOGISTS, P.A.,** : | |
| **VIROON DONAVANIK, M.D.,** : | |
| **MICHAEL F. DZEDA, M.D.,** : | |
| **CHRISTOPHER KOPROWSKI, M.D.** : | |
| **ADAM RABEN, M.D., SUNJAY** : | |
| **SHAH, M.D., and MICHAEL D.** : | |
| **SORENSEN, M.D.** : | |
| : | |
| **Defendants.** : | |

**CERTIFICATION OF SERVICE**

I, Robert A. Penza, Esquire, do hereby certify that I caused a true and correct copy of the foregoing Notice of Deposition to be served upon counsel via electronic filing and regular U.S. mail, postage prepaid, on the date set forth below, addressed as follows:

> William H. Sudell, Jr., Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
>
> Stephen H. Paley, Esquire
> Paley, Rothman, Goldstein, Rosenberg,
>    Eig & Cooper
> 4800 Hampden Lane
> 7th Floor
> Bethesda, MD  20814-2930

|  |  |
|---|---|
|  | **GORDON, FOURNARIS & MAMMARELLA, P.A.** |
|  | **/s/ Robert A. Penza** |
| Dated: **October 24, 2006** | _____ |
|  | Robert A. Penza, Esquire (DSB #2769) |
|  | Peter M. Sweeney, Esquire (DSB #3671) |
|  | 1925 Lovering Avenue |
|  | Wilmington, DE   19806 |
|  | (302) 652-2900 |
|  | rpenza@gfmlaw.com |
|  | Attorneys for Plaintiff, |
|  | Donald C. Tilton |