## Gordon, Fournaris & Mammarella, P.A.
### Attorneys at Law
### 1925 Lovering Avenue
### Wilmington, Delaware  19806

Peter S. Gordon*
Thomas Mammarella
Emmanuel G. Fournaris*
Robert A. Penza
Bryan E. Keenan*
Peter M. Sweeney
Francis X. Gorman
Michael M. Gordon**

* also penna. bar
** also maryland bar
⁺ also new york bar

Telephone Number:
(302) 652-2900
Telecopier Numbers:
(302) 652-1142
(302) 652-2348

_____
Special Counsel
Grover C. Brown

November 6, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
For the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE  19801

   **Re:  Tilton v. Radiation Oncologists, et al.
         Civil Action No.:  05-00251 (GMS)**

Dear Judge Sleet:

   I am pleased to report to the Court that the parties' efforts towards Mediation with U.S. Magistrate Mary Pat Thynge have been successful in that the parties have been able to reach an amicable resolution of the pending claims and counter-claims.

   Accordingly, the trial in this matter presently scheduled to commence January 22, 2007 will no longer be necessary. The parties shall file a Stipulation of Dismissal as soon as the terms of the settlement have been satisfied, which is anticipated to occur prior to March 1, 2007.

   Counsel is available at the Court's convenience if any additional information or action is required.

                              Respectfully,

                              **/s/ Robert A. Penza**

                              Robert A. Penza (DSB #2769)
                              rpenza@gfmlaw.com

RAP/cnc

cc:  Donald C. Tilton, D.O.
     William H. Sudell, Jr., Esquire (VIA EFILE)
     Curtis S. Miller, Esquire (VIA EFILE)