IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD C. TILTON, D.O., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-00251 (GMS) |
| | ) |
| RADIATION ONCOLOGISTS, P.A., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, hereby stipulate, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, that the captioned case is dismissed with prejudice, each party to bear his or its own fees and costs.

| GORDON, FOURNARIS & MAMMARELLA P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Robert Penza 3/9/07 | /s/ William H. Sudell |
| Robert A. Penza (#2769) | William H. Sudell, Jr. (#463) |
| 1925 Lovering Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| Phone: (302) 652-2900 | Wilmington, DE 19899-1347 |
| Facsimile: (302) 652-2348 | Phone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |
| Attorneys for Plaintiff | Attorneys for Defendant |

759027.1