GORDON, FOURNARIS & MAMMARELLA, P.A.
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE 19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
MICHAEL M. GORDON**
DANIEL F. HAYWARD

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

SPECIAL COUNSEL
GROVER C. BROWN

March 9, 2007

**VIA ELECTRONIC DELIVERY
and VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court
For the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE  19801

    **Re:  Tilton v. Radiation Oncologists, et al.
          Civil Action No.:  05-00251 (GMS)**

Dear Judge Sleet:

    Kindly find enclosed a courtesy copy of the Stipulation of Dismissal that has been filed in the above captioned matter.

    Counsel is available at the Court's convenience if any additional information or action is required.

                                Respectfully,

                                **/s/ Robert A. Penza**

                              Robert A. Penza (DSB #2769)
                              rpenza@gfmlaw.com

RAP/cnc
Enclosure

cc:  Clerk of Court (w/encl.)
     Donald C. Tilton, D.O. (w/encl.)
     William H. Sudell, Jr., Esquire (VIA EFILE)(w/encl.)
     Curtis S. Miller, Esquire (VIA EFILE)(w/encl.)